IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LA UNIÓN DEL PUEBLO ENTERO, et al.,
*Plaintiffs*,

v.

GREGORY WAYNE ABBOTT, et al.,
*Defendants*.

Case No. 5:21-cv-0844-XR
(consolidated cases)

## UNOPPOSED MOTION TO WITHDRAW COUNSEL

Pursuant to Local Rule AT-3, Elissa Gershon respectfully moves this Court to permit her to withdraw as counsel for the OCA-Greater Houston Plaintiffs in the above-captioned case. Ms. Gershon left the American Civil Liberties Union Foundation, Inc. on February 1, 2024. The Plaintiffs will continue to be represented by their other attorneys of record listed below, including Brian Dimmick from the American Civil Liberties Union Foundation, Inc.

The withdrawal will not delay any proceedings, and counsel for Defendants do not oppose this motion.

Date:   February 12, 2024

Respectfully submitted,

/s/ *Brian Dimmick*
Brian Dimmick
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 15th St. NW
Washington, DC 20005
Telephone: (202) 731-2395
bdimmick@aclu.org

Adriel I. Cepeda Derieux*
Ari Savitzky*
Elissa Gershon* Sophia
Lin Lakin*
Dayton Campbell-Harris
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334

acepedaderieux@aclu.org
asavitzky@aclu.org
elissagershon@yahoo.com
slakin@aclu.org
dcampbell-harris@aclu.org


Zachary Dolling, Texas Bar No. 24105809
Hani Mirza, Texas Bar No. 24083512
Sarah Chen*, California Bar No. 325327
Veronikah Warms*, Texas Bar No. 24132682
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
zachary@texascivilrightsproject.org
hani@texascivilrightsproject.org
schen@texascivilrightsproject.org
veronikah@texascivilrightsproject.org


Thomas Buser-Clancy, Texas Bar No. 24078344
Edgar Saldivar, Texas Bar No. 24038188
Savannah Kumar, Texas Bar No. 24120098
Ashley Harris, Texas Bar No. 24123238
**ACLU FOUNDATION OF TEXAS, INC.**
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
skumar@aclutx.org
aharris@aclutx.org


Susan Mizner*
**AMERICAN CIVIL LIBERTIES UNION**

FOUNDATION
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)
smizner@aclu.org

LUCIA ROMANO, Texas State Bar No. 24033013
PETER HOFER, Texas State Bar No. 09777275
CHRISTOPHER MCGREAL, Texas State Bar No. 24051774
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
lromano@drtx.org
phofer@drtx.org
cmcgreal@drtx.org


Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson*
Alyssa G. Bernstein*
**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com
abernstein@jenner.com

Gregory D. Washington*
**JENNER & BLOCK LLP**
455 Market St. Suite 2100
San Francisco, CA 94105
gwashington@jenner.com

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 12, 2024, and that all counsel of record were served by CM/ECF.

/s/ *Brian Dimmick*

*Counsel for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I certify that I conferred via e-mail with parties of all counsel to ask if any party opposed my withdrawal from this matter. No party stated any opposition.

<u>/s/ *Brian Dimmick*</u>

*Counsel for Plaintiffs*