IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., *Plaintiffs*, <br><br> v. <br><br> GREGORY WAYNE ABBOTT, et al., *Defendants*. | Case No. 5:21-cv-0844-XR <br> (consolidated cases) |

### (PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO WTHDRAW AS COUNSEL

Having considered the Unopposed Motion to Withdraw as Counsel for Plaintiffs by Elissa Gershon, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and the Clerk is directed to remove Elissa Gershon as counsel of record for Plaintiffs in this case.

**SO ORDERED** this _____ day of _____, 2024.

_____

JUDGE XAVIER RODRIGUEZ
UNITED STATES DISTRICT COURT