IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 5:21-cv-844-XR <br> [Consolidated Action: Lead Case] |

HARRIS COUNTY REPUBLICAN PARTY, *et al.*,

   *Intervenor-Defendants*.

### [PROPOSED] ORDER GRANTING LUPE PLAINTIFFS' OPPOSED SECOND MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE

Before the Court is LUPE Plaintiffs' Opposed Second Motion to Strike the Declaration of Jonathan White. Dkt._____.   Upon the Court's review of the motion, the Motion to Strike is GRANTED.

It is hereby ORDERED that Dkts. 645-5 at 14-23 and 646-3 at 29-38 are struck from the record. The Clerk of Court is INSTRUCTED to replace Dkts. 645-5 at 14-23 and 646-3 at 29-38 with Exhibit A to LUPE Plaintiffs' motion.

SO ORDERED and SIGNED this_____day of_____2023.

_____
HON. XAVIER RODRIGUEZ