

**JOHN CREUZOT**
**DISTRICT ATTORNEY**
**CIVIL DIVISION**
**DALLAS COUNTY, TEXAS**

February 23, 2024

Hon. Xavier Rodriguez               eFiled with Court
Western District of Texas
262 West Nueva Street
San Antonio, Texas 78207

Re: Case No. 5:21-CV-0844-XR in the United States District Court,
    Western District of Texas (San Antonio)
    *La Union del Pueblo Entero, et al.,*
        *Plaintiffs,*
    *v.*
    *Gregory W. Abbott, et al.,*
        *Defendants.*

To the Honorable Court:

   This letter is written as an advisory to the Court and to all parties in the above referenced case.

   **Michael Scarpello**, a defendant in the above referenced case, has retired as the Elections Administrator of Dallas Count, Texas.

   On December 20, 2023, the appointment of **Heider Garcia** as the new Elections Administrator of Dallas County, Texas became effective.

                    Respectfully submitted,

                    JOHN CREUZOT
                    Criminal District Attorney
                    Dallas County, Texas

                    /s/ *Ben L. Stool*
                    Assistant Criminal District Attorney

To The Honorable Court
February 23, 2024
Page 2

                    Civil Division
                    Texas Bar No. 19312500
                    Dallas County Records Building
                    500 Elm Street, Suite 6300
                    Dallas, Texas 75202-3371
                    Main: 214-653-7358
                    Direct: 214-653-6122
                    Fax: 214-653-6134
                    ben.stool@dallascounty.org
                    Counsel to John Creuzot, Criminal District Attorney of Dallas County, Texas; Michael Scarpello, former Elections Administrator of Dallas County, Texas; and Heider Garcia, current Elections Administrator of Dallas County, Texas

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was delivered to all counsel of record in this case via ECF service.

Dated: February 23, 2024        /s/ *Ben L. Stool*