IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| La Unión del Pueblo Entero, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Gregory W. Abbott, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § <br><br> Case No. 5:21-cv-844-XR <br> [Consolidated Cases] |

**NOTICE OF WITHDRAWN RELIANCE OF CERTAIN CITATIONS
IN STATE DEFENDANTS' FINDINGS OF FACT**

State Defendants submitted their Findings of Fact and Conclusions of Law on January 19, 2024. In the course of preparing what amounted to 620 pages of post-trial briefing, State Defendants inadvertently cited to a declaration of one of its witnesses on pages 247 and 248 of their Findings of Fact. ECF 861. This was in error. The declaration was prepared earlier in litigation for the limited purpose of establishing a genuine issue of material fact in response to a motion for summary judgment. ECF 645.5 at 13–23, ECF 646.3 at 28–38. State Defendants called the witness, Jonathan White, to the stand on October 16, 2023, wherein he testified to the relevant facts.

State Defendants explained the error to Plaintiffs in a February 7, 2024, email. State Defendants also acknowledged the error before the Court on February 23, 2024, where counsel stated on the record that State Defendants intend to stand on Jonathan White's testimony at trial rather than any statements that were elicited in an earlier proceeding. In accordance with these actions, and to avoid any ambiguity as to State Defendants' intent, State Defendants hereby notify the Court in writing that State Defendants are withdrawing their reliance on any citation in their Findings of Fact to the

Jonathan White declaration. State Defendants instead direct the Court's attention to Mr. White's October 16, 2023, trial testimony.

Date: February 23, 2024

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

RYAN D. WALTERS
Division Chief, Special Litigation Division

Respectfully submitted.

/s/ Ryan G. Kercher
RYAN G. KERCHER
Deputy Chief, Special Litigation Division
Tex. State Bar No. 24060998

KATHLEEN T. HUNKER
Special Counsel
Tex. State Bar No. 24118415

ZACHARY W. BERG
Special Counsel
Tex. State Bar No. 24107706

WILLIAM D. WASSDORF
Deputy Chief, General Litigation Division
Tex. State Bar No. 24103022

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov
zachary.berg@oag.texas.gov

**COUNSEL FOR STATE DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 23, 2024, and that all counsel of record were served by CM/ECF.

/s/ Ryan G. Kercher
Ryan G. Kercher