UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., § | | |
| Plaintiffs, § | | CIVIL ACTION NO. |
| § | | |
| v. § | | 5:21-CV-0844-XR |
| § | | |
| STATE OF TEXAS, et al., § | | [Consolidated Action: Lead Case] |
| Defendants. § | | |

**DEFENDANT HILDA SALINAS' UNOPPOSED MOTION
TO WITHDRAW JOSEPHINE RAMIREZ-SOLIS AS COUNSEL**

Pursuant to Local Court Rule AT-3, Defendant Hilda Salinas files this Unopposed Motion to Withdraw Josephine Ramirez-Solis as Counsel in this matter. Ms. Ramirez-Solis has accepted employment outside of the Hidalgo County Criminal District Attorney's Office and will no longer be employed with this Office. The undersigned counsel of record will continue to represent Defendant Hilda Salinas in this matter. This Motion is not sought to delay any proceedings. For the reasons stated above, Hilda Salinas respectfully requests that the Court grant this unopposed motion to withdraw Josephine Ramirez-Solis as her counsel of record and remove her from further electronic notifications in this case.

Respectfully submitted,
TORIBIO "TERRY" PALACIOS
CRIMINAL DISTRICT ATTORNEY
HIDALGO COUNTY, TEXAS

*/s/ Leigh Ann Tognetti*
Leigh Ann Tognetti
Assistant District Attorney
Texas Bar No. 24083975
leigh.tognetti@da.co.hidalgo.tx.us
100 E. Cano, First Floor
Hidalgo County Courthouse Annex III
Edinburg, Texas 78539
Tel: (956) 292-7609
ATTORNEY FOR DEFENDANT

HILDA SALINAS

**CERTIFICATE OF CONFERENCE**

I hereby certify that on February 28, 2024, I conferred via email with counsel for all parties regarding this Motion and none were opposed.

*/s/ Leigh Ann Tognetti*
Assistant District Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically on February 29, 2024, with the clerk of court for the U.S. District Court, Western District of Texas.by using the CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Leigh Ann Tognetti*
Assistant District Attorney