IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br><br> Plaintiffs, <br> v. <br><br> GREGORY W. ABBOTT, et al., <br><br> Defendants. | Civil Action No. 5:21-cv-844 (XR) <br> (consolidated cases) |

## MOTION TO WITHDRAW ELIJAH M. WATKINS AS COUNSEL

Pursuant to Local Rule AT-3, Elijah M. Watkins files this motion to respectfully request the Court allow Mr. Watkins to withdraw as counsel of record for Mi Familia Vota in this case as Mr. Watkins is no longer at Stoel Rives LLP as of March 1, 2023. Mr. Watkins' withdrawal will not delay any proceedings. Mi Familia Vota will continue to be represented by its remaining counsel.

Dated this 7th day of March, 2024.

DORSEY & WHITNEY LLP

By: */s/ Elijah M. Watkins*
   Elijah M. Watkins