IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY W. ABBOTT, et al., <br><br> Defendants. | Civil Action No. 5:21-cv-844 (XR) <br> (consolidated cases) |

# [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW ELIJAH M. WATKINS AS COUNSEL

The Court has considered the Motion to Withdraw Elijah M. Watkins as counsel and has found it should be GRANTED.  Accordingly, it is hereby ORDERED that Elijah M. Watkins is withdrawn as counsel of record for Mi Familia Vota in this matter.

Dated this ___ day of March, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE