UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> GREGORY W. ABBOTT, et al., <br><br> *Defendants.* | Civil Action No: 5:21-cv-844-XR |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Please take note that Joseph N. Posimato hereby respectfully moves the Court to permit him to withdraw as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. Plaintiffs will continue to be represented by Marc E. Elias, Uzoma Nkwonta, Christopher D. Dodge, Marcos Mocine-McQueen, Michael B. Jones, Elena Rodriguez Armenta, Daniela Lorenzo, Marisa O'Gara, and Omeed Alerasool of Elias Law Group LLP, and James A. Rodman of Rodman Law Office. Counsel for all parties in this case have been notified and confirmed that they do not oppose Mr. Posimato's withdrawal.

2

Dated: March 8, 2024

Respectfully submitted,

*/s/ Joseph N. Posimato*
Uzoma N. Nkwonta*
Christopher D. Dodge*
Michael B. Jones*
Elena A. Rodriguez Armenta*
Daniela Lorenzo*
Marcos Mocine-McQueen*
Marisa A. O'Gara*
Omeed Alerasool*
ELIAS LAW GROUP LLP
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
unkwonta@elias.law
cdodge@elais.law
mjones@elias.law
erodriguezarmenta@elias.law
dlorenzo@elias.law
mmcqueen@elias.law
mogara@elias.law
oalerasool@elias.law

*Counsel for LULAC Plaintiffs*

*Admitted Pro Hac Vice

2

## CERTIFICATE OF SERVICE

On March 8, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Joseph N. Posimato*
Joseph N. Posimato
