IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br><br>Defendants. | Civil Action No. 5:21-cv-844 (XR)<br>(consolidated cases) |

### UNITED STATES' UNOPPOSED MOTION TO WITHDRAW MICHAEL E. STEWART AS COUNSEL

Pursuant to Local Rule AT-3, the United States respectfully requests that this Court grant leave for Michael E. Stewart to withdraw his appearance as counsel of record for the United States in this case. Mr. Stewart will leave the United States Department of Justice as of March 13, 2024, for other employment. Mr. Stewart's withdrawal will not delay any proceedings. All other undersigned counsel of record will continue to represent the United States in this matter. Counsel for all parties in this case have been notified and do not oppose Mr. Stewart's withdrawal.

Date:  March 11, 2024

        KRISTEN CLARKE
        Assistant Attorney General

        */s/ Michael E. Stewart*
        RICHARD A. DELLHEIM
        DANIEL J. FREEMAN
        MICHAEL E. STEWART
        JENNIFER YUN
        Attorneys, Voting Section
        Civil Rights Division
        U.S. Department of Justice
        950 Pennsylvania Avenue NW
        Washington, D.C. 20530
        (202) 307-2767
        michael.stewart3@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on March 11, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                          */s/ Michael E. Stewart*
                                          Michael E. Stewart
                                          Civil Rights Division
                                          U.S. Department of Justice
                                          950 Pennsylvania Ave, NW
                                          Washington, DC 20530
                                          (202) 307-2767
                                          michael.stewart3@usdoj.gov