**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY W. ABBOTT, et al., <br><br> Defendants. | Civil Action No. 5:21-cv-844 (XR) <br> (consolidated cases) |

**[PROPOSED] ORDER GRANTING UNITED STATES'S UNOPPOSED MOTION TO
WITHDRAW MICHAEL E. STEWART AS COUNSEL**

The Court has considered the United States's Motion to Withdraw Michael E. Stewart as

Counsel and has found it should be GRANTED.  Accordingly, it is hereby ORDERED that

Michael E. Stewart is withdrawn as counsel of record for the United States in this matter.


Date:   March _____, 2024


_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE