# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, § § *Plaintiffs*, § § v. § § STATE OF TEXAS, *et al.*, § § *Defendants*, § § HARRIS COUNTY REPUBLICAN PARTY, § *et al.*, § § *Defendant-Intervenors.* § | CIVIL ACTION NO. 5:21-cv-844-XR [Consolidated Action: Lead Case] |

## LUPE PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF LUPE PLAINTIFFS' OPPOSED SECOND MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE

LUPE Plaintiffs ("Plaintiffs") respectfully request an extension, to March 22, 2024, of the deadline to file their Reply in Support of LUPE Plaintiffs' Opposed Second Motion to Strike the Declaration of Jonathan White (Dkt. 992). This motion is unopposed.

The current deadline to file the Reply is March 12, 2024. LUPE Plaintiffs' lead counsel is out of the country through March 15, 2024 and requests the extension in order to allow her sufficient time to prepare the reply after her return. Plaintiffs do not seek an extension to delay these proceedings, and a short extension will not prejudice Defendants.

Accordingly, Plaintiffs respectfully request that their motion be granted, and that their deadline to file their Reply in Support of LUPE Plaintiffs' Opposed Second Motion to Strike the Declaration of Jonathan White (Dkt. 992) be extended to March 22, 2024.

Dated: March 11, 2024                                         Respectfully submitted,

/s/ *Nina Perales*
Nina Perales (TX Bar No. 24005046)
Julia R. Longoria (TX Bar No. 24070166)
Fátima L. Menéndez (TX Bar No. 24090260)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Tel: (210) 224-5476; Fax: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
fmenendez@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, New York 10004
Tel: (212) 859-8000; Fax: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com
kevin.zhen@friedfrank.com

*Attorneys for Plaintiffs*

**LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC.**

*\*Admitted pro hac vice*

/s/ *Sean Morales-Doyle*
Sean Morales-Doyle
Patrick A. Berry*
Jasleen K. Singh*
Robyn N. Sanders*
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Tel: (646) 292-8310; Fax: (212) 463-7308
sean.morales-doyle@nyu.edu
patrick.berry@nyu.edu
jasleen.singh@nyu.edu
rs8592@nyu.edu

Leah J. Tulin*
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
1140 Connecticut Avenue NW, Suite 1150
Washington, DC 20036
(202) 650-6397
tulinl@brennan.law.nyu.edu

Elizabeth Y. Ryan (TX Bar No. 24067758)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Tel: (214) 746-8158; Fax: (214)746-7777
liz.ryan@weil.com

*Attorneys for Plaintiffs*

**FRIENDSHIP-WEST BAPTIST CHURCH, TEXAS IMPACT, JAMES LEWIN**

*\*Admitted pro hac vice*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on March 7, 2024, counsel for LUPE Plaintiffs conferred with counsel via email in the case regarding the instant motion. State Defendants, Defendant Intervenors and Defendant Ogg indicated they do not oppose the motion. Counsel for the El Paso Election Administrator, the Hidalgo County defendants, Harris County Clerk, Dallas County defendants, and Travis County defendants indicated they do not oppose the motion. Plaintiffs do not oppose this motion.

                                         /s/ *Nina Perales*
                                         Nina Perales

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on March 11, 2024.

                                         */s/ Nina Perales*
                                         Nina Perales