# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, § § *Plaintiffs*, § § v. § STATE OF TEXAS, *et al.*, § § *Defendants*, § § HARRIS COUNTY REPUBLICAN PARTY, § *et al.*, § § *Defendant-Intervenors*. § | CIVIL ACTION NO. 5:21-cv-844-XR [Consolidated Action: Lead Case] |

## [PROPOSED] ORDER GRANTING LUPE PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF LUPE PLAINTIFFS' OPPOSED SECOND MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE

Pending before the Court is LUPE Plaintiffs' Unopposed Motion to Extend Deadline to File Reply in Support of LUPE Plaintiffs' Opposed Second Motion to Strike the Declaration of Jonathan White. Upon review of the request, the motion is GRANTED. The deadline to file the Reply in Support of LUPE Plaintiffs' Opposed Second Motion to Strike the Declaration of Jonathan White is extended to March 22, 2024.

SO ORDERED and SIGNED this _____ day of _____ 2024.

_____
HON. Xavier Rodriguez
UNITED STATES DISTRICT JUDGE