**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

LA UNION DEL PUEBLO ENTERO, et al.,

vs.                                                    Case No.:  5:21-cv-0844-XR (Consol. Case)
GREGORY W. ABBOTT, et al.,


## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Uruj Sheikh                                        , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  Houston Area Urban League et al.                    in this case, and

would respectfully show the Court as follows:


1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

NAACP Legal Defense & Educational Fund, Inc.            with offices at:

Mailing address:  40 Rector Street, 5th Floor

City, State, Zip Code:  New York, NY 10006

Telephone:  (212) 965-2200            Facsimile:  (212) 226-7592


2.    Since   February 5, 2024              , Applicant has been and presently is a

member of and in good standing with the Bar of the State of  New York            .

Applicant's bar license number is  6100861                              .


3.    Applicant has been admitted to practice before the following courts:

Court:                                    Admission date:

Eastern District of New York              3/12/2024

4.   Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A.

5.   I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.   Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8.   Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.    Applicant will file an Application for Admission to Practice before the United States
District Court for the Western District of Texas, if so requested; or Applicant has
co-counsel in this case who is admitted to practice before the United States District
Court for the Western District of Texas.

Co-counsel:  Jennifer A. Holmes (admitted PHV; NY Bar No. 5103536)

Mailing address:  700 14th Street N.W. Suite 600

City, State, Zip Code:  Washington, DC 20005

Telephone:  (202) 682-1300

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Uruj Sheikh to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Uruj Sheikh
[printed name of Applicant]

[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of record and the original upon the Clerk of Court on this the 13th day of March , 2024 .

Jennifer A. Holmes
[printed name of Applicant]

[signature of Applicant]