# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

LA UNION DEL PUEBLO ENTERO, et al.,

vs.                                                        Case No.: 5:21-cv-0844-XR (Consol. Case)

GREGORY W. ABBOTT, et al.,

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by <u>Uruj Sheikh</u>, counsel for

<u>Houston Area Urban League et al.</u>, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

<u>Uruj Sheikh</u> may appear on behalf of <u>Houston Area Urban League et al.</u>

in the above case.

IT IS FURTHER ORDERED that <u>Uruj Sheikh</u>, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of <u>March</u>, 20<u>24</u>.

_____

UNITED STATES DISTRICT JUDGE