IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No: 5:21-cv-00844-XR |
| THE STATE OF TEXAS, et al., | § § § | |
| *Defendants.* | § § § § | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Court Rule AT-3, Defendant Lisa Wise files this Unopposed Motion for Withdrawal of Counsel to withdraw **Germaine Habell** of Cooley LLP, admitted *pro hac vice* on September 28, 2021 as counsel for Defendant Lisa Wise. Ms. Habell will no longer be associated with the law firm of Cooley LLP, effective March 15, 2024. Defendant Wise will continue to be adequately represented by experienced counsel, including:

COOLEY LLP
Kathleen Hartnett* (CA SBN 314267)
khartnett@cooley.com
Beatriz Mejia* (CA SBN 190948)
bmejia@cooley.com
Sharon Song* (CA SBN 313535)
ssong@cooley.com
Kelsey Spector* (CA SBN 321488)
kspector@cooley.com
Caroline A. Lebel* (CA SBN 340067)
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693-2000
Facsimile: + 1 415 693-2222

COOLEY LLP
Orion Armon (CO SBN 34923)

oarmon@cooley.com
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: +1 720 566-4000
Facsimile: + 1 720 566-4099

STATES UNITED DEMOCRACY CENTER
Christine P. Sun* (CA SBN 218701)
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Telephone: +1 615 574-9108
christine@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Ranjana Natarajan (TX SBN 24071013)
1801 E 51st St., Suite 365, No. 334
Austin, TX 78723
Telephone: +1 323 422-8578
ranjana@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Robert Cotter* (IL SBN 6334375)
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
Telephone: (224) 235-2606
robert@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Marina Eisner* (DC SBN 1005593)
1101 17 Street NW
Washington, DC 20036
Telephone: (240) 600-1316
marina@statesuniteddemocracy.org

*Admitted pro hac vice

    Defendant Lisa Wise consents to this withdrawal, and Plaintiffs do not oppose this motion.

Dated: March 14, 2024              */s/ Kathleen Hartnett*
                                   Kathleen Hartnett* (CA SBN 314267)

                                   COOLEY LLP
                                   Kathleen Hartnett* (CA SBN 314267)
                                   khartnett@cooley.com
                                   Beatriz Mejia* (CA SBN 190948)
                                   bmejia@cooley.com
                                   Sharon Song* (CA SBN 313535)
                                   ssong@cooley.com
                                   Kelsey Spector* (CA SBN 321488)
                                   kspector@cooley.com
                                   Germaine Habell* (CA SBN 333090)
                                   ghabell@cooley.com
                                   Caroline A. Lebel* (CA SBN 340067)
                                   clebel@cooley.com
                                   3 Embarcadero Center, 20th Floor
                                   San Francisco, CA 94111-4004
                                   Telephone: +1 415 693-2000
                                   Facsimile: +1 415 693-2222

                                   COOLEY LLP
                                   Orion Armon (CO SBN 34923)
                                   oarmon@cooley.com
                                   1144 15th Street, Suite 2300
                                   Denver, CO 80202-2686
                                   Telephone: +1 720 566-4000
                                   Facsimile: +1 720 566-4099

                                   STATES UNITED DEMOCRACY CENTER
                                   Christine P. Sun* (CA SBN 218701)
                                   3749 Buchanan St., No. 475165
                                   San Francisco, CA 94147-3103
                                   Telephone: +1 615 574-9108
                                   christine@statesuniteddemocracy.org

                                   STATES UNITED DEMOCRACY CENTER
                                   Ranjana Natarajan (TX SBN 24071013)
                                   1801 E 51st St., Suite 365, No. 334
                                   Austin, TX 78723
                                   Telephone: +1 323 422-8578
                                   ranjana@statesuniteddemocracy.org

                                   STATES UNITED DEMOCRACY CENTER
                                   Robert Cotter* (IL SBN 6334375)
                                   7510 N. Greenview Ave., Apt. #3
                                   Chicago, IL 60626

Telephone: (224) 235-2606
robert@statesuniteddemocracy.org

STATES UNITED DEMOCRACY CENTER
Marina Eisner* (DC SBN 1005593)
1101 17 Street NW
Washington, DC 20036
Telephone: (240) 600-1316
marina@statesuniteddemocracy.org

EL PASO COUNTY ATTORNEYS
Jo Anne Bernal (TX SBN 02208720)
El Paso County Attorney
Joanne.Bernal@epcounty.com
John E. Untereker (TX SBN 24080627)
Assistant County Attorney
juntereker@epcounty.com
500 East San Antonio, Room 503
El Paso, Texas 79901
Telephone: +1 915 546-2050
Facsimile: +1 915 546-2133

*Attorneys for Defendant Lisa Wise, in her official capacity as the El Paso County Elections Administrator*

4

5

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2024, **DEFENDANT LISA WISE'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL** was served through the Court's CM/ECF Document Filing System upon each attorney of record.

*/s/ Kathleen Hartnett*
Kathleen Hartnett (CA SBN 314267)
