# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., § <br> § <br> *Plaintiffs,* § <br> § <br> v. § <br> § <br> THE STATE OF TEXAS, et al., § <br> § <br> *Defendants.* § <br> § <br> § <br> § | Civil Action No: 5:21-cv-00844-XR |

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

The Court, upon consideration of Defendant Lisa Wise's Unopposed Motion for Withdrawal of Counsel, and all timely filed responses, if any, is of the opinion that same should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Germaine Habell is withdrawn as counsel of record for Defendant Lisa Wise.

SIGNED this _____ day of March 2024.

_____
Honorable Xavier Rodriguez
United States District Judge