# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

March 11, 2024

Mr. Philip Devlin  
Western District of Texas, San Antonio  
United States District Court  
655 E. Cesar E. Chavez Boulevard  
Suite G65  
San Antonio, TX 78206

No. 23-50201   La Union del Pueblo v. Bettencourt  
             USDC No. 5:21-CV-844

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Casey A. Sullivan, Deputy Clerk  
504-310-7642

cc:
- Mr. Michael Abrams
- Mr. William Francis Cole
- Mr. Aaron J. Curtis
- Ms. Kathleen Theresa Hunker
- Mr. Jason Scott Kanterman
- Mr. Sean Morales-Doyle
- Ms. Nina Perales
- Ms. Lanora Christine Pettit
- Ms. Elizabeth Ryan
- Mr. Zachary Tripp