# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GREGORY W. ABBOTT, et al., <br><br> Defendants. | NO. 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN SCOTT, et al., <br><br> Defendants. | NO. 1:21-cv-780-XR |
| HOUSTON JUSTICE, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> GREGORY WAYNE ABBOTT, et al. <br><br> Defendants. | NO. 5:21-cv-848-XR |
| LULAC TEXAS, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN SCOTT, et al. <br><br> Defendants. | NO. 1:21-cv-786-XR |

122996476.1 0099831-00001

| | |
|---|---|
| MI FAMILIA VOTA, et al.<br><br>      Plaintiffs,<br><br>vs.<br><br>GREG ABBOTT, et al.<br><br>      Defendants. | NO. 5:21-cv-0920-XR |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>THE STATE OF TEXAS, et al.<br><br>      Defendants. | NO. 5:21-cv-1085-XR |

## MOTION FOR WITHDRAWAL OF ATTORNEY

Pursuant to Local Court Rule AT-3, Plaintiffs Mi Familia Vota, et al., file this Motion for Withdrawal of Counsel to withdraw Ronald (Ron) Fein, who is departing Free Speech For People. Mr. Fein was admitted *pro hac vice* on October 7, 2021, as counsel for Plaintiffs Mi Familia Vota, et al. Mr. Fein's last day with Free Speech For People is April 12, 2024. Plaintiffs Mi Familia Vota, et al., will continue to be represented by current counsel.

DATED: April 11, 2024

                                            Respectfully submitted,

                                            /s/ Wendy J. Olson
                                            Wendy J. Olson, Bar No. 7634
                                            STOEL RIVES LLP
                                            101 S. Capitol Boulevard, Suite 1900
                                            Boise, ID 83702

122996476.1 0099831-00001

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure upon the following via electronic mail:

Sean Lyons
Clem Lyons
Lyons & Lyons, P.C.
237 W. Travis St., Ste. 100
San Antonio, TX 78205
sean@lyonsandlyons.com
clem@lyonsandlyons.com

Courtney Hostetler
John Bonifaz
Ben Clements
Ron Fein
Free Speech for People
1320 Centre St., Ste. 405
Newton, MA 02459
chostetler@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org
rfein@freespeechforpeople.org

Ken Paxton
Attorney General of Texas
Brent Webster
First Assistant Attorney General
Office of the Attorney General
P.O. Box 12548 (MC-009)
Austin, TX 78711-2548

Patrick K. Sweeten
Deputy Attorney General for Special Litigation
patrick.sweeten@oag.texas.gov

William T. Thompson
Deputy Chief, Special Litigation Unit
will.thompson@oag.texas.gov

Eric A. Hudson
Senior Special Counsel
eric.hudson@oag.texas.gov

Kathleen T. Hunker
Special Counsel
kathleen.hunker@oag.texas.gov

Leif A. Olson
Special Counsel
leif.olson@oag.texas.gov

- 4 -

Jeffrey M. White
Special Counsel
jeff.white@oag.texas.gov

Jack B. DiSorbo
Assistant Attorney General
jack.disorbo@oag.texas.gov

/s/ Wendy J. Olson
Wendy J. Olson

122996476.1 0099831-00001