IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., §<br>*Plaintiffs,* §<br>§<br>v. §<br>§<br>GREGORY W. ABBOTT, et al., §<br>*Defendants.* § | 5:21-CV-0844-XR<br>[Consolidated Cases] |

## ORDER REGARDING RENEWED MOTION TO STRIKE DECLARATION

The documents containing the declaration of Jonathan White (ECF No. 645-5; ECF No. 646-3) have been **STRICKEN** from the record of this case, and

the Clerk is **DIRECTED** to **REPLACE** ECF No. 645-5 with Exhibit 1 to this document, and to replace ECF No. 646-3 with Exhibit 2 to this document..

It is so **ORDERED**.

**SIGNED** this 29th day of April, 2024.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE