**FILED**
MAY -6 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 06, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 22-50732   Mi Familia Vota v. Ogg
  USDC No. 5:21-CV-844
  USDC No. 1:21-CV-780
  USDC No. 1:21-CV-786
  USDC No. 5:21-CV-848
  USDC No. 5:21-CV-920

The court has taken the following action in this case:

The motion to withdraw counsel Mr. Michael B. Jones is hereby GRANTED.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Ms. Jessica Ring Amunson
Mr. Mohammed Amir Badat
Mr. Noah Baron
Mr. Eitan Berkowitz
Mr. John C. Bonifaz
Mr. Kenneth Eugene Broughton Jr.
Mr. Thomas Paul Buser-Clancy
Mr. Adriel I. Cepeda Derieux
Mr. Ben Clements
Mr. Philip Devlin
Mr. Christopher D. Dodge
Mr. Zachary Dolling
Mr. Ronald Fein
Mr. Victor Genecin
Mr. Derek Ha
Mr. Ashley Alcantara Harris
Mr. Peter Thomas Hofer
Ms. Jennifer A. Holmes
Ms. Courtney Marie Hostetler
Mr. Michael Brandon Jones

Ms. Savannah Kumar
Mr. Cory Liu
Mr. Hani Mirza
Mr. Eric J. R. Nichols
Mr. Uzoma Nkem Nkwonta
Ms. Elena Alejandra Rodriguez Armenta
Ms. Kathryn C. Sadasivan
Mr. J. Michael Showalter
Mr. D. Todd Smith
Mr. Samuel Spital
Mr. Karson Thompson
Mr. Jerry Vattamala

P.S. We have removed Mr. Michael B. Jones from our docket as counsel for appellees. We will not send further orders, correspondence, etc. regarding this appeal.