IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. ABBOTT, *et al.*,<br><br>Defendants. | Civil Action No. 5:21-cv-844 (XR)<br>(Consolidated Cases) |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule AT-3, Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin respectfully requests that this Court grant leave for Robyn Nicole Sanders to withdraw her appearance as counsel of record in this case. Ms. Sanders will leave the Brennan Center for Justice for other employment as of May 20, 2024. All other undersigned counsel of record will continue to represent the above-referenced plaintiffs in this case. Counsel for all parties in this case have been notified, and they have confirmed that they do not oppose Ms. Sanders's withdrawal.

Dated: May 14, 2024                                   Respectfully Submitted,

/s/ *Leah J. Tulin*
Leah J. Tulin*
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
1140 Connecticut Avenue NW, Suite 1150
Washington, DC 20036
(202) 650-6397
tulinl@brennan.law.nyu.edu

Sean Morales-Doyle
Jasleen K. Singh*
Patrick A. Berry*
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Tel: (646) 292-8310; Fax: (212) 463-7308
sean.morales-doyle@nyu.edu
jasleen.singh@nyu.edu
patrick.berry@nyu.edu

Elizabeth Y. Ryan (TX Bar No. 24067758)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-8158
Facsimile: (214)746-7777
liz.ryan@weil.com

*Attorneys for Plaintiffs*

**FRIENDSHIP-WEST BAPTIST CHURCH, TEXAS IMPACT, JAMES LEWIN**

**Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed this document with this Court using the CM/ECF system, which provides notice of this filing to all registered CM/ECF users on the 14th day of May, 2024.

                                                  /s/ *Leah J. Tulin*
                                                  Leah J. Tulin