IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY W. ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 5:21-cv-844 (XR) <br> (Consolidated Cases) |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW ROBYN NICOLE SANDERS AS COUNSEL

Upon consideration of Plaintiffs' Friendship-West Baptist Church, Texas Impact, and James Lewin Unopposed Motion to Withdraw Counsel, and the Court's consideration of said Motion, it is hereby:

**ORDERED** that the Motion is **GRANTED**. Accordingly, it is hereby **ORDERED** that Robyn Nicole Sanders is withdrawn as counsel of record in this matter.

Date: _____, 2024      _____

                                                                 XAVIER RODRIGUEZ
                                                                 UNITED STATES DISTRICT JUDGE