# United States Court of Appeals
# for the Fifth Circuit

FILED
MAY 21 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY CLERK

United States Court of Appeals
Fifth Circuit

**FILED**
May 21, 2024

Lyle W. Cayce
Clerk

No. 22-50732

MI FAMILIA VOTA; MARLA LOPEZ; MARLON LOPEZ; PAUL RUTLEDGE,

*Plaintiffs—Appellees,*

*versus*

KIM OGG,

*Defendant—Appellant,*

---

OCA-GREATER HOUSTON; LEAGUE OF WOMEN VOTERS OF TEXAS; REVUP-TEXAS; WORKERS DEFENSE ACTION FUND,

*Plaintiffs—Appellees,*

*versus*

JOSE A. ESPARZA, *In His Official Capacity as Texas Secretary of State (Acting)*; ET AL.,

*Defendants,*

KIM OGG,

*Appellant,*

No. 22-50732

LULAC Texas; Vote Latino; Texas Alliance for Retired Americans; Texas AFT,

*Plaintiffs—Appellees,*

*versus*

Jose Esparza; Et al.,

*Defendant,*

Kim Ogg,

*Appellant,*

---

Delta Sigma Theta Sorority, Incorporated; Houston Area Urban League; The Arc of Texas; Jeffrey Lamar Clemmons,

*Plaintiffs—Appellees,*

*versus*

Gregory Wayne Abbott, *In His Official Capacity as the Governor of Texas*; Et al.,

*Defendants,*

Kim Ogg,

*Appellant,*

---

Mi Familia Vota; Marla Lopez; Marlon Lopez; Paul Rutledge,

2

No. 22-50732

*Plaintiffs—Appellees,*

*versus*

GREG ABBOTT, *In His Official Capacity as Governor of Texas*; ET AL.,

*Defendants,*

KIM OGG,

*Appellant.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-844 -XR
USDC No. 1:21-CV-780
USDC No. 1:21-CV-786
USDC No. 5:21-CV-848
USDC No. 5:21-CV-920

---

ORDER:

IT IS ORDERED that the unopposed motion filed by Mr. Ronald Fein to withdraw as counsel is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT