**FILED**
**MAY 21 2024**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 21, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 22-50732    Mi Familia Vota v. Ogg
               USDC No. 5:21-CV-844-XR
               USDC No. 1:21-CV-780
               USDC No. 1:21-CV-786
               USDC No. 5:21-CV-848
               USDC No. 5:21-CV-920

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

Ms. Jessica Ring Amunson
Mr. Mohammed Amir Badat
Mr. Noah Baron
Mr. Eitan Berkowitz
Mr. John C. Bonifaz
Mr. Kenneth Eugene Broughton Jr.
Mr. Thomas Paul Buser-Clancy
Mr. Adriel I. Cepeda Derieux
Mr. Ben Clements
Mr. Philip Devlin
Mr. Christopher D. Dodge
Mr. Zachary Dolling
Mr. Ronald Fein
Mr. Victor Genecin
Mr. Derek Ha
Ms. Ashley Alcantara Harris
Mr. Peter Thomas Hofer
Ms. Jennifer A. Holmes
Ms. Courtney Marie Hostetler
Ms. Savannah Kumar
Mr. Cory Liu
Mr. Eric J. R. Nichols
Mr. Uzoma Nkem Nkwonta
Ms. Elena Alejandra Rodriguez Armenta
Ms. Kathryn C. Sadasivan

Mr. J. Michael Showalter
Mr. D. Todd Smith
Mr. Samuel Spital
Mr. Karson Thompson
Mr. Jerry Vattamala