# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

May 22, 2024

Mr. Philip Devlin  
Western District of Texas, San Antonio  
United States District Court  
655 E. Cesar E. Chavez Boulevard  
Suite G65  
San Antonio, TX 78206

    No. 22-50775   OCA-Greater Houston v. Nelson  
    Consolidated with No. 22-50777  
    Consolidated with No. 22-50778  
        USDC No. 5:21-CV-844  
        USDC No. 5:21-CV-848  
        USDC No. 5:21-CV-920

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate as to Workers Defense Action Fund only. The appeal remains open as to all other parties.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____  
                                    Lisa E. Ferrara, Deputy Clerk  
                                    504-310-7675

cc w/encl:  
    Ms. Jessica Ring Amunson  
    Mr. Eitan Berkowitz  
    Mr. John C. Bonifaz  
    Mr. Kenneth Eugene Broughton Jr.  
    Ms. Whitney A. Brown  
    Mr. Dayton Campbell-Harris  
    Mr. Adriel I. Cepeda Derieux  
    Ms. Sarah Xiyi Chen  
    Mr. Thomas Paul Clancy  
    Mr. Ben Clements  
    Mr. William Francis Cole

Mr. Ryan Vincent Cox
Mr. Aaron J. Curtis
Mr. Zachary Dolling
Mr. Victor Genecin
Mr. Paul Richard Genender
Mr. Derek Ha
 Ashley Alcantara Harris
Mr. Peter Thomas Hofer
Ms. Jennifer A. Holmes
Ms. Courtney Marie Hostetler
Mr. Jason Scott Kanterman
Mr. John Katuska
Mr. Michael Courtney Keats
Ms. Savannah Kumar
Ms. Sophia Lin Lakin
Ms. Julia Renee Longoria
Ms. Rebecca L. Martin
Mr. Christian Menefee
Mr. Sean Morales-Doyle
Ms. Nina Perales
Ms. Lanora Christine Pettit
Mr. Bradley R. Prowant
Mr. Edgar Saldivar
Mr. Ari J. Savitzky
Mr. J. Michael Showalter
Mr. Samuel Spital
Mr. William Thomas Thompson
Mr. Zachary Tripp
Mr. Jerry Vattamala
Ms. Shira Wakschlag