# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | 5:21-CV-0844-XR |
| | § | [Consolidated Cases] |
| GREGORY W. ABBOTT, et al., | § | |
| *Defendants.* | § | |

## ORDER FOR BRIEFING ON SUPPLEMENTAL AUTHORITY

The Organizational Plaintiffs, the State Defendants, and Intervenor Defendants are directed to file supplemental briefing on the impact of the Supreme Court's recent decision in *Food & Drug Administration v. Alliance for Hippocratic Medicine* on Plaintiffs' standing in this case **within 10 days of this order or seek an extension of time to do so**. 602 U.S. ----, No. 23-235, 2024 WL 2964140, at *2 (U.S. June 13, 2024).

In particular, given the Supreme Court's conclusion in *Alliance for Hippocratic Medicine* that "diver[sion of] resources in response to a defendant's actions" is insufficient to establish standing, *id.* at *13, the Organizational Plaintiffs should address:

(1) whether any Organizational Plaintiff intends to waive its arguments as to organizational standing and rely exclusively on associational standing and

(2) how the Organizational Plaintiffs relying on organizational standing *only*—HAUL, Mi Familia Vota, and Voto Latino—have shown that the Challenged Provisions of S.B. 1 have "directly affected and interfered with" their "core" organizational activities, apart from any diversion of resources. *Id.*

**SIGNED** this 17th day of June, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE