**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| | § | Case No. 5:21-cv-844-XR |
| v. | § | [Consolidated Cases] |
| | § | |
| GREGORY W. ABBOTT, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

---

### AGREED MOTION FOR EXTENSION OF TIME AND BRIEFING SCHEDULE

The Organizational Plaintiffs, the State Defendants, and Intervenor Defendants file this Agreed Motion for Extension of Time and Briefing Schedule on Supplemental Authority:

1.      On June 17, 2024, the Court issued an Order (ECF No. 1136) requesting that the above parties file supplemental briefing on the impact of the Supreme Court's recent decision in *Food & Drug Administration v. Alliance for Hippocratic Medicine* on Plaintiffs' standing in this case.

2.      The Court requested that the parties submit this supplemental briefing within 10 days of ECF No. 1136 or **seek an extension of time to do so.**

3.      The Court requested that the Organizational Plaintiffs should address whether they intended to waive their arguments as to organizational standing and how Plaintiffs HAUL, Mi Familia Vota, and Voto Latino have shown that the Challenged Provisions of SB1 have "directly affected and interfered with" their "core" organizational activities, apart from any diversion of resources.

4.      The parties have conferred, and given the importance of this issue, the parties have agreed to an extension of time for each party to submit their supplemental briefing to the Court.

5.    The parties respectfully request an order that permits the parties to file their supplemental briefing on or before **July 11, 2024**.

6.    The parties respectfully request that the Court grant an extension of the current deadline to file their supplemental briefing as set forth above and affirm that the motion is not presented for purposes of delay and will not prejudice any party to this litigation.

Date: June 21, 2024

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

RYAN D. WALTERS
Chief, Special Litigation Division

Respectfully submitted.

*/s/ Ryan G. Kercher*
RYAN G. KERCHER
Deputy Chief, Special Litigation Division
Tex. State Bar No. 24060998

KATHLEEN T. HUNKER
Special Counsel
Tex. State Bar No. 24118415

ZACHARY W. BERG
Special Counsel
Tex. State Bar No. 24107706

WILLIAM D. WASSDORF
Deputy Chief, General Litigation Division
Tex. State Bar No. 24103022

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov
zachary.berg@oag.texas.gov

**COUNSEL FOR STATE DEFENDANTS**

/s/ Sean Morales-Doyle
Sean Morales-Doyle (NY Bar No. 5646641)
Patrick A. Berry* (NY Bar No. 5723135)
Jasleen K. Singh* (Cal. Bar No. 316596)

BRENNAN CENTER FOR JUSTICE AT NYU
SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
sean.morales-doyle@nyu.edu
patrick.berry@nyu.edu
Jasleen.singh@nyu.edu

Leah J. Tulin* (MD Bar No. 0812180236)
BRENNAN CENTER FOR JUSTICE AT NYU
SCHOOL OF LAW
1140 Connecticut Avenue NW, Suite 1150
Washington, DC 20036
(202) 650-6397

Elizabeth Y. Ryan (Tex. Bar No. 24067758)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
(214) 746-8158
liz.ryan@weil.com

/s/ Nina Perales
Nina Perales
Julia R. Longoria
Fátima Menéndez
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
(210) 224-5382 (fax)
nperales@maldef.org
jlongoria@maldef.org
fmenedez@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, New York 10004
(212) 859-8000
(212) 859-4000 (fax)
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com

* Admitted *pro hac vice*

*Attorneys for Plaintiffs:*
FRIENDSHIP-WEST BAPTIST CHURCH,
TEXAS IMPACT, JAMES LEWIN

*Attorney for Plaintiffs:*
LA UNIÓN DEL PUEBLO ENTERO,
SOUTHWEST VOTER REGISTRATION
EDUCATION PROJECT, MEXICAN
AMERICAN BAR ASSOCIATION OF
TEXAS, TEXAS HISPANICS
ORGANIZED FOR POLITICAL
EDUCATION, JOLT ACTION, WILLIAM
C. VELASQUEZ INSTITUTE, FIEL
HOUSTON INC.

/s/ Zachary Dolling
Zachary Dolling
Texas Bar No. 24105809
Sarah Chen*
California Bar No. 325327
Veronikah Warms*
Texas Bar No. 24132682
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
zachary@texascivilrightsproject.org
schen@texascivilrightsproject.org
veronikah@texascivilrightsproject.org

Adriana Pinon
Texas Bar No. 24089768
Thomas Buser-Clancy
Texas Bar No. 24078344
Edgar Saldivar
Texas Bar No. 24038188
Savannah Kumar
Texas Bar No. 24120098
Ashley Harris
Texas Bar No. 24123238
**ACLU FOUNDATION OF TEXAS, INC.**
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
skumar@aclutx.org
aharris@aclutx.org

Adriel I. Cepeda Derieux*
Ari Savitzky*
Sophia Lin Lakin*
Dayton Campbell-Harris
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org
asavitzky@aclu.org
slakin@aclu.org
dcampbell-harris@aclu.org

Susan Mizner*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)
smizner@aclu.org

Brian Dimmick*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 15th St. NW
Washington, DC 20005
(202) 731-2395 (phone)
bdimmick@aclu.org

LUCIA ROMANO
Texas State Bar No. 24033013
PETER HOFER
Texas State Bar No. 09777275
CHRISTOPHER MCGREAL
Texas State Bar No. 24051774
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
lromano@drtx.org

phofer@drtx.org
cmcgreal@drtx.org

Jerry Vattamala*
Susana Lorenzo-Giguere*
Patrick Stegemoeller*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson*
**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com

***COUNSEL FOR OCA-GREATER HOUSTON PLAINTIFFS.***
*admitted *pro hac vice*

REED SMITH LLP, NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC., THE ARC OF THE
UNITED STATES, INC.

*/s/ Jennifer Holmes*

Kenneth E. Broughton
Texas Bar No. 03087250
Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
kbroughton@reedsmith.com

Jennifer A. Holmes*
NAACP Legal Defense and Educational Fund,
Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org

Shira Wakschlag*
The Arc of the United States, Inc.
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

Sarah Cummings Stewart
Texas Bar No. 24094609
Reed Smith LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
sarah.stewart@reedsmith.com

Kathryn Sadasivan*
Amir Badat*
Victor Genecin*
Breanna Williams*
NAACP Legal Defense and Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
ksadasivan@naacpldf.org
abadat@naacpldf.org
vgenecin@naacpldf.org
bwilliams@naacpldf.org

J. Michael Showalter*
ARENTFOX SCHIFF LLP
South Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: (312) 258-5561
j.michael.showalter@afslaw.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of
Texas; and Jeffrey Lamar Clemmons*

Wendy Olson
Elijah M. Watkins
Mark L. Bieter
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702

Laura E. Rosenbaum
Bradley Prowant
STOEL RIVES LLP
760 SW Ninth Ave., Suite 3000
Portland, OR 97205

Courtney Hostetler
John Bonifaz
Ben Clements
Ron Fein
Free Speech for People
1320 Centre St., Ste. 405
Newton, MA  02459
chostetler@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org
rfein@freespeechforpeople.org

Sean Lyons
Clem Lyons
Lyons & Lyons, P.C.
237 W. Travis St., Ste. 100
San Antonio, TX  78205
sean@lyonsandlyons.com
clem@lyonsandlyons.com


*Attorneys for Mi Familia Vota Plaintiffs*

/s/  Uzoma N. Nkwonta
Uzoma N. Nkwonta*
Christopher D. Dodge*
Michael B. Jones*
Elena A. Rodriguez Armenta*
Daniela Lorenzo*
Marcos Mocine-McQueen*
Marisa A. O'Gara*
Omeed Alerasool*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
unkwonta@elias.law
cdodge@elias.law
mjones@elias.law
erodriguezarmenta@elias.law
dlorenzo@elias.law
mmcqueen@elias.law
mogara@elias.law
oalerasool@elias.law

*Counsel for*
*LULAC Plaintiffs*

*Admitted Pro Hac Vice

*/s/ John M. Gore*

John M. Gore
Louis J. Capozzi (pro hac vice)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
scrosland@jonesday.com
skenny@jonesday.com
lcapozzi@jonesday.com

*Counsel for Intervenor-Defendants*

### CERTIFICATE OF CONFERENCE

I certify that on June 18, 2024, I conferred by email with Ms. Nina Perales of the Mexican American Legal Defense and Educational Fund (MALDEF), who indicated that the Private Plaintiffs were in agreement with the plan to request a two-week extension and a new deadline of July 11, 2024.

*/s/ Ryan G. Kercher*
RYAN G. KERCHER

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 21, 2024, and that all counsel of record were served by CM/ECF.

*/s/ Ryan G. Kercher*
RYAN G. KERCHER