# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> GREGORY W. ABBOTT, *et al.*, § <br> § <br> *Defendants*. § | Case No. 5:21-cv-844-XR <br> [Consolidated Cases] |

## [PROPOSED] ORDER GRANTING PARTIES' MOTION FOR EXTENSION OF TIME TO FILE BRIEFS ON SUPPLEMENTAL AUTHORITY

Pending before the Court is Organizational Plaintiffs, the State Defendants, and Intervenor Defendants' Agreed Motion for Extension of Time and Briefing Schedule on Supplemental Authority. After considering this Motion, the motion is GRANTED.

IT IS THEREFORE ORDERED that deadline for the parties to file their supplemental briefing is extended to **July 11, 2024**:

SIGNED this _____ day of _____, 2024.

_____
HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE