# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY W. ABBOTT, et al., <br><br> Defendants. | Civil Action No. 5:21-cv-844 (XR) <br> (consolidated cases) |

## UNITED STATES' UNOPPOSED MOTION TO WITHDRAW JENNIFER J. YUN AS COUNSEL

Pursuant to Local Rule AT-3, the United States respectfully requests that this Court grant leave for Jennifer J. Yun to withdraw her appearance as counsel of record for the United States in this case. Ms. Yun will leave the United States Department of Justice as of July 12, 2024, for other employment. Ms. Yun's withdrawal will not delay any proceedings. All other undersigned counsel of record will continue to represent the United States in this matter. Counsel for all parties in this case have been notified and do not oppose Ms. Yun's withdrawal.

Date:  July 11, 2024

                                KRISTEN CLARKE
                                Assistant Attorney General

                                */s/ Daniel J. Freeman*
                                R. TAMAR HAGLER
                                RICHARD A. DELLHEIM
                                DANIEL J. FREEMAN
                                JENNIFER J. YUN
                                Attorneys, Voting Section
                                Civil Rights Division
                                U.S. Department of Justice
                                950 Pennsylvania Avenue NW
                                Washington, D.C. 20530
                                (202) 307-2767
                                daniel.freeman@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on July 11, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                      */s/ Daniel J. Freeman*
                                      Daniel J. Freeman
                                      Civil Rights Division
                                      U.S. Department of Justice
                                      950 Pennsylvania Ave, NW
                                      Washington, DC 20530
                                      (202) 307-2767
                                      daniel.freeman@usdoj.gov