IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY W. ABBOTT, et al., <br><br> Defendants. | Civil Action No. 5:21-cv-844 (XR) <br> (consolidated cases) |

**[PROPOSED] ORDER GRANTING UNITED STATES'S UNOPPOSED MOTION TO WITHDRAW JENNIFER J. YUN AS COUNSEL**

The Court has considered the United States's Motion to Withdraw Jennifer J. Yun as Counsel and has found it should be GRANTED. Accordingly, it is hereby ORDERED that Jennifer J. Yun is withdrawn as counsel of record for the United States in this matter.

Date:   July ____, 2024

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE