# Exhibit A

**APPENDIX A**

| Section | Language | Claims | Organizational Standing Testimony |
|---|---|---|---|
| Section 4.09 | Makes it a criminal offense for a poll worker to obstruct view of watcher or distance watcher from the activity being observed. | ▪ 14th Amendment: void for vagueness | **Friendship-West**: ECF 854 ¶¶ 5-6, 16, 23.<br>**Texas Impact**: ECF 854 ¶¶ 48-49, 59-61, 65-66, 71.<br>**Texas HOPE**: ECF 855 ¶ 89.<br>**FIEL**: ECF 855 ¶¶ 76-77, 86. |
| Section 5.07 | Requires application for mail ballot to contain the same ID number as voter registration application | ▪ 1st and 14th Amendments: undue burden on the right to vote | **LUPE**: ECF 854 ¶¶ 310-14; ECF 855 ¶¶ 57-58, 61-64, 67-75, 92-93, 95-101.<br>**Friendship-West**: ECF 854 ¶¶ 5-6, 16-17, 24-35.<br>**Texas Impact**: ECF 854 ¶¶ 48-49, 59-61, 67, 70, 72.<br>**MABA-TX**: ECF 855 ¶ 23.<br>**Texas HOPE**: ECF 855 ¶ 89.<br>**FIEL**: ECF 855 ¶¶ 76-77, 80-83. |
| Section 5.13 | Requires mail ballots to contain the same ID number as voter registration application | ▪ 1st and 14th Amendments: undue burden on the right to vote | **LUPE**: ECF 854 ¶¶ 310-14; ECF 855 ¶¶ 57-58, 61-64, 67-75, 92-93, 95-101.<br>**Friendship-West**: ECF 854 ¶¶ 5-6, 24-35.<br>**Texas Impact**: ECF 854 ¶¶ 48-49, 59-61, 67, 70, 72.<br>**MABA-TX**: ECF 855 ¶ 23.<br>**Texas HOPE**: ECF 855 ¶ 89.<br>**FIEL**: ECF 855 ¶¶ 76-77, 80-83. |

| Section 6.03 | Requires voter assistors at the poll to complete a new form with name, address, relationship and compensation. | <ul><li>1st and 14th Amendments: undue burden on the right to vote</li><li>14th and 15th Amendment Intentional Discrimination</li><li>Title II of the ADA</li><li>§208 of the VRA</li><li>Section 2 VRA</li></ul> | **LUPE**: ECF 854 ¶¶ 499-509; ECF 855 ¶¶ 56-57, 61-66, 95-101.<br>**Friendship-West**: ECF 854 ¶¶ 5-6, 16-17, 25-35.<br>**MABA-TX**: ECF 855 ¶ 23.<br>**Texas HOPE**: ECF 855 ¶¶ 89-91.<br>**FIEL**: ECF 855 ¶¶ 76-77, 80-83, 110-111. |
|---|---|---|---|
| Section 6.04 | Requires assistor to sign oath<br>(1) made under penalty of perjury<br>(2) saying assistor obtained statement of eligibility from voter<br>(3) saying assistor did not pressure or coerce voter<br>(4) acknowledge if assistance is provided to ineligible voter, the ballot will not count | <ul><li>1st and 14th Amendments: undue burden on the right to vote</li><li>14th and 15th Amendment Intentional Discrimination</li><li>Title II of the ADA</li><li>§208 of the VRA</li><li>Section 2 VRA</li></ul> | **LUPE**: ECF 852 ¶ 257; ECF 854 ¶¶ 310-14; 499-509; ECF 855 ¶¶ 31, 56-57, 59, 61-75, 93-101.<br>**Friendship-West**: ECF 854 ¶¶ 5-6, 16-17, 24-35.<br>**MABA-TX**: ECF 855 ¶ 23.<br>**Texas HOPE**: ECF 855 ¶ 89-91.<br>**FIEL**: ECF 855 ¶¶ 76-77, 79-85, 110-11. |
| Section 6.05 | Requires voter assistors on mail ballot to complete form with name, address, relationship, and compensation. | <ul><li>1st and 14th Amendments: undue burden on the right to vote</li><li>14th and 15th Amendment Intentional Discrimination</li><li>Title II of the ADA</li></ul> | **LUPE**: ECF 854 ¶¶ 310-314, 499-509; ECF 855 ¶¶ 31, 56-59; 61-65; 67-75; 87; 93; 95-101.<br>**Friendship-West**: ECF 854 ¶¶ 5-6, 16-17, 24-35.<br>**MABA-TX**: ECF 855 ¶¶ 23, 32.<br>**Texas HOPE**: ECF 855 ¶ 89.<br>**FIEL**: ECF 855 ¶¶ 76-77; ECF 855 ¶¶ 79-83, 110-11. |

| | | | |
|---|---|---|---|
| | | ▪ §208 of the VRA<br><br>▪ Section 2 VRA | |
| Section 6.06 | Imposes a jail felony for compensating, offering to compensate, soliciting, receiving or accepting compensation to assist mail voters. [Previous language of TEC 86.0105 prohibited compensating voter assistors "as part of any performance- based compensation scheme based on the number of voters assisted or in which another person is presented with a quota of voters to be assisted."] | ▪ 1st and 14th Amendments: undue burden on the right to vote | **LUPE**: ECF 854 ¶¶ 310-314, 499-509; ECF 855 ¶¶ 31, 56-59, 61-65, 67-75, 87-88, 93, 95-101.<br>**Friendship-West**: ECF 854 ¶¶ 5-6, 16-17, 24-35.<br>**MABA-TX**: ECF 855 ¶¶ 23, 32.<br>**Texas HOPE**: ECF 855 ¶ 89.<br>**FIEL**: ECF 855 ¶¶ 76-77, 79-83, 110-111. |
| Section 7.04 | Criminalizes in-person interaction with voter, in the physical presence of an official ballot or a ballot voted by mail, intended to deliver votes for a specific candidate or measure. | ▪ 14th Amendment: void for vagueness<br><br>▪ 1st and 14th Amendments: Free Speech<br><br>▪ 14th and 15th Amendment Intentional Discrimination<br><br>▪ Title II of the ADA<br><br>▪ §208 of the VRA<br><br>▪ Section 2 VRA | **LUPE**: ECF 854 ¶¶ 310-314, 499-509; ECF 855 ¶¶ 31, 56-64, 67-75, 87-88, 93, 95-101, 115-21.<br>**Friendship-West**: ECF 854 ¶¶ 5-6, 16-17, 24-35.<br>**MABA-TX**: ECF 855 ¶¶ 23, 32.<br>**Texas HOPE**: ECF 855 ¶¶ 89-91.<br>**FIEL**: ECF 855 ¶¶ 76-77; ECF 855 ¶¶ 80-83, 110-111. |
| Section 8.01 | Imposes a civil penalty on election officials who are employed by this state or locality, and have violated a provision of the election code. (§1.005 of the TEC defines "election official" to include poll workers and election judges) | ▪ 14th Amendment: void for vagueness | **Friendship-West**: ECF 854 ¶¶ 5-6, 16, 23.<br>**Texas Impact**: ECF 854 ¶¶ 48-49, 59-61, 65-66, 71.<br>**Texas HOPE**<br>**FIEL**: ECF 855 ¶¶ 76-77; ECF 855 ¶ 86. |