**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

FILED
JUL 12 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

July 12, 2024

Mr. Philip Devlin
Western District of Texas, San Antonio
United States District Court
655 E. Cesar E. Chavez Boulevard
Suite G65
San Antonio, TX 78206

   No. 22-50732   Mi Familia Vota v. Ogg
                  USDC No. 5:21-CV-844-XR
                  USDC No. 1:21-CV-780
                  USDC No. 1:21-CV-786
                  USDC No. 5:21-CV-848
                  USDC No. 5:21-CV-920

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
   Ms. Jessica Ring Amunson
   Mr. Mohammed Amir Badat
   Mr. Noah Baron
   Mr. Eitan Berkowitz
   Mr. John C. Bonifaz
   Mr. Kenneth Eugene Broughton Jr.
   Mr. Thomas Paul Buser-Clancy
   Mr. Adriel I. Cepeda Derieux
   Mr. Ben Clements
   Mr. Christopher D. Dodge
   Mr. Zachary Dolling
   Mr. Victor Genecin

Mr. Derek Ha
 Ashley Alcantara Harris
Mr. Peter Thomas Hofer
Ms. Jennifer A. Holmes
Ms. Courtney Marie Hostetler
Ms. Savannah Kumar
Mr. Cory Liu
Mr. Eric J. R. Nichols
Mr. Uzoma Nkem Nkwonta
Ms. Elena Alejandra Rodriguez Armenta
Ms. Kathryn C. Sadasivan
Mr. J. Michael Showalter
Mr. D. Todd Smith
Mr. Samuel Spital
Mr. Karson Thompson
Mr. Jerry Vattamala