# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 25, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-50885   USA v. Paxton  
               USDC No. 5:21-CV-844-XR

The court has granted the motion of Ryan Mackenzie Proctor to withdraw as counsel.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Lisa E. Ferrara, Deputy Clerk  
504-310-7675

Ms. Alyssa G. Bernsein  
Ms. Tovah Calderon  
Mr. Dayton Campbell-Harris  
Mr. Louis Joseph Capozzi III  
Mr. Adriel I. Cepeda Derieux  
Mr. William Francis Cole  
Mr. Philip Devlin  
Brian Dimmick  
Mr. Zachary Dolling  
Mr. Daniel Joshua Freeman  
Mr. John Matthew Gore  
Ashley Alcantara Harris  
Ms. Kathleen Theresa Hunker  
Ms. Kateland R. Jackson  
Mr. Ryan Glen Kercher  
Ms. Sophia Lin Lakin  
Mr. Jason Lee  
Mr. Christopher McGreal  
Mr. Aaron Lloyd Nielson  
Ms. Lanora Christine Pettit  
Mr. Ryan Mackenzie Proctor  
Mr. Ari J. Savitzky  
Mr. Andre Segura  
Mr. William D. Wassdorf  
Mr. Coy Allen Westbrook