IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO Entero, *et al*, § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> STATE OF TEXAS, *et al*, § <br> *Defendant*. § | Civil Case No. 5:21-cv-0844-XR |

### SAMEER S. BIRRING'S UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule AT-3, Sameer Singh Birring, Assistant Travis County Attorney, respectfully moves this court to withdraw his appearance as counsel for Defendants Dyana Limon-Mercado and Travis County District Attorney José Garza (collectively "Travis County Defendants"), in this matter.

Mr. Birring is transferring to a different division within the Travis County Attorney's Office on July 31, 2024. Travis County Defendants will continue to be represented by Anthony J. Nelson, Leslie W. Dippel, and Amy S. Ybarra of the Travis County Attorney's Office, whose contact information is below. This withdrawal will not delay any proceedings. Counsel for the other parties have not indicated any opposition to this motion for withdrawal.

        Respectfully submitted,

        **DELIA GARZA**
        County Attorney, Travis County
        P. O. Box 1748
        Austin, Texas 78767
        Telephone:   (512) 854-9513
        Facsimile:    (512) 854-4808

By:  */s/ Sameer S. Birring*
        LESLIE W. DIPPEL
        State Bar No. 00796472
        Leslie.Dippel@traviscountytx.gov
        AMY S. YBARRA
        State Bar No. 24013573
        Amy.Ybarra@traviscountytx.gov
        ANTHONY J. NELSON
        State Bar No. 14885800
        Tony.Nelson@traviscountytx.gov
        SAMEER S. BIRRING
        State Bar No. 24087169
        Sameer.Birring@traviscountytx.gov
        Assistant County Attorneys
        **ATTORNEYS FOR DEFENDANTS DYANA LIMON-MERCADO AND JOSÉ GARZA, IN THEIR OFFICIAL CAPACITIES AS TRAVIS COUNTY CLERK, AND DISTRICT ATTORNEY, RESPECTIVELY.**

**CERTIFICATE OF CONFERENCE**

  I certify that on July 29, 2024, I conferred via e-mail with parties of all counsel to ask if any party opposed my withdrawal from this matter. No party stated any opposition

                */s/ Sameer S. Birring*
                SAMEER S. BIRRING
                Assistant County Attorney

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 30th day of July, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                */s/ Sameer S. Birring*
                SAMEER S. BIRRING
                Assistant County Attorney