**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **LA UNION DEL PUEBLO Entero,** *et al,* § | |
| *Plaintiff*, § | |
| § | |
| v. § | **Civil Case No. 5:21-cv-0844-XR** |
| § | |
| **STATE OF TEXAS,** *et al,* § | |
| *Defendant*. § | |

### [PROPOSED] ORDER GRANTING SAMEER S. BIRRING'S MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Upon consideration of Sameer S. Birring's Motion to Withdraw Appearance of Counsel as a counsel of record for Defendants Dyana Limon-Mercado and Travis County District Attorney José Garza (collectively "Travis County Defendants"), , it is hereby:

**ORDERED** that Sameer S. Birring's Motion to Withdraw Appearance of Counsel as a counsel of record for Travis County Defendants is hereby **GRANTED.** The appearance of Sameer S. Birring for Travis County Defendants is withdrawn and he shall be removed from all service lists pertaining to this action.

SIGNED this _____ day of _____ 2024.

_____
UNITED STATES DISTRICT JUDGE