**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., *Plaintiffs,* v. GREGORY W. ABBOTT, et al., *Defendants.* | 5:21-cv-844-XR [Consolidated Cases] |

**PRIVATE PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Private Plaintiffs respectfully alert the Court to the recent decision in *League of Women Voters of Ohio v. LaRose*, No. 1:23-CV-02414, 2024 WL 3495332, (N.D. Ohio July 22, 2024).[1] In this case, the League of Women Voters of Ohio and an individual plaintiff challenged an Ohio law that criminally restricted who could return an absentee ballot on a variety of bases, including that the law was preempted by Section 208 of the Voting Rights Act. *Id.* at *1–2. Specifically, the law made it a felony for anyone but certain relatives of a voter, or employees or contractors of the United States Postal Service, or a private carrier to knowingly return the voter's absentee ballot. *Id.* at *2. The original defendants were the Ohio Secretary of State, the Ohio Attorney General, and the County Prosecutor of Cuyahoga County. *Id.* at * 2. The Republican National Committee and the Ohio Republican Party then intervened as defendants. *Id.*

[1] After closing arguments on February 26, 2024, the Court instructed the parties that it did "not need any additional briefing," but allowed for an advisory "in the event any of [the parties] become aware of a . . . district or circuit court case that directly bears right on all fours on any of the issues that we have in this case." (Feb. 26, 2024 Tr. at 257:2–8). Any such advisory is to be limited to "summary, no argument." (*Id.* at 257:10).

After briefing, the district court granted summary judgment in the plaintiffs' favor on their Section 208 claims. *Id.* at *7–15. In doing so, the district court found that *FDA v. Alliance for Hippocratic Medicine*, 602 U.S. 367 (2024), did not preclude the League of Women Voters of Ohio ("LWVO") from demonstrating a cognizable injury-in-fact for Article III standing purposes. *Id.* at *5 n.3. This was because "LWVO is not solely an issue-advocacy organization seeking to challenge" the Ohio law. *Id.* "Instead, it is a voter-advocacy organization whose core mission is to educate and assist voters" that did "not assert standing solely on the diversion of funds" but had also shown that it and its members were directly regulated by the challenged law. *Id.*

The district court additionally held that Section 208 permits private causes of action and applies both to in-person and absentee voting. *Id.* at *7–9. The court then concluded that "[l]ooking simply at the text of the statute and applying the ordinary meaning of 'a person of the voter's choice,' Section 208 gives disabled voter[s] the right to choose who will facilitate the submission of their absentee ballot without further restriction by the state outside of the limitations specified in Section 208 itself. *Id.* at *9–14. Finally, the court held that Section 208 preempted the challenged law because "Section 208 unambiguously recognizes that disabled voters have a right to choose their own facilitator" and the law "directly contravenes that mandate" and "is also an obstacle to the full purposes and objectives of Congress." *Id.* at *14–15.

Dated: August 1, 2024.

Respectfully submitted,

*/s/ Zachary Dolling*
Zachary Dolling

*/s/ Zachary Dolling*
Zachary Dolling
Texas Bar No. 24105809
Sarah Chen*
California Bar No.
325327 Veronikah
Warms*
Texas Bar No. 24132682
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
zachary@texascivilrightsproject.org
schen@texascivilrightsproject.org
veronikah@texascivilrightsproject.org

Adriana Pinon
Texas Bar No. 24089768
Thomas Buser-Clancy
Texas Bar No. 24078344
Edgar Saldivar
Texas Bar No. 24038188
Savannah Kumar
Texas Bar No. 24120098
Ashley Harris
Texas Bar No. 24123238
**ACLU FOUNDATION OF TEXAS, INC.**
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
skumar@aclutx.org
aharris@aclutx.org

Adriel I. Cepeda Derieux*
Ari Savitzky*
Sophia Lin Lakin*
Dayton Campbell-Harris
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org
asavitzky@aclu.org
slakin@aclu.org
dcampbell-harris@aclu.org

Susan Mizner*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)
smizner@aclu.org

Brian Dimmick*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 15th St. NW
Washington, DC 20005
(202) 731-2395 (phone)
bdimmick@aclu.org

LUCIA ROMANO
Texas State Bar No.
24033013
PETER HOFER
Texas State Bar No.
09777275
CHRISTOPHER MCGREAL
Texas State Bar No.
24051774

**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
lromano@drtx.orgphofer@drtx.org
cmcgreal@drtx.org

Jerry Vattamala*
Susana Lorenzo- Giguere*
Patrick Stegemoeller*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street,
12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Jessica Ring Amunson*
**JENNER & BLOCK LLP**
1099 New York Ave.
NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com

***COUNSEL FOR OCA-GREATER HOUSTON PLAINTIFFS.***
*admitted *pro hac vice*

REED SMITH LLP, NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC., THE ARC OF THE UNITED STATES, INC.

*/s/ Jennifer A. Holmes*

Kenneth E. Broughton
Texas Bar No. 03087250
**REED SMITH LLP**
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
kbroughton@reedsmith.com

Jennifer A. Holmes*
**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org

Shira Wakschlag*
**THE ARC OF THE UNITED STATES, INC.**
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

Sarah Cummings Stewart
Texas Bar No. 24094609
**REED SMITH LLP**
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
sarah.stewart@reedsmith.com

Kathryn Sadasivan*
Amir Badat*
Victor Genecin*
Breanna Williams*
**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
ksadasivan@naacpldf.org
abadat@naacpldf.org
vgenecin@naacpldf.org
bwilliams@naacpldf.org

J. Michael Showalter*
**ARENTFOX SCHIFF LLP**
South Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: (312) 258-5561
j.michael.showalter@afslaw.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons*

*/s/ Wendy Olson*
Wendy Olson
Elijah M. Watkins
Mark L. Bieter
**STOEL RIVES LLP**
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702

Laura E. Rosenbaum
Bradley Prowant
**STOEL RIVES LLP**
760 SW Ninth Ave., Suite 3000
Portland, OR 97205

Courtney Hostetler
John Bonifaz
Ben Clements
Ron Fein
**FREE SPEECH FOR PEOPLE**
1320 Centre St., Ste. 405
Newton, MA 02459
chostetler@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org
rfein@freespeechforpeople.org

Sean Lyons
Clem Lyons
**LYONS & LYONS, P.C.**
237 W. Travis St., Ste. 100
San Antonio, TX 78205
sean@lyonsandlyons.com
clem@lyonsandlyons.com

*Attorneys for Mi Familia Vota Plaintiffs*

*/s/ Sean Morales-Doyle*
Sean Morales-Doyle (NY Bar No. 5646641)
Patrick A. Berry* (NY Bar No. 5723135)
Jasleen K. Singh* (Cal. Bar No. 316596)

**BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW**
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
sean.morales-doyle@nyu.edu
patrick.berry@nyu.edu
Jasleen.singh@nyu.edu

Leah J. Tulin* (MD Bar No. 0812180236)
**BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW**
1140 Connecticut Avenue NW, Suite 1150
Washington, DC 20036
(202) 650-6397

Elizabeth Y. Ryan (Tex. Bar No. 24067758)
**WEIL, GOTSHAL & MANGES LLP**
200 Crescent Court, Suite 300
Dallas, Texas 75201
(214) 746-8158
liz.ryan@weil.com


*Attorneys for Plaintiffs:*
FRIENDSHIP-WEST BAPTIST CHURCH, TEXAS IMPACT, JAMES LEWIN


*/s/ Nina Perales*
Nina Perales
Julia R. Longoria
Fátima Menéndez
**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
(210) 224-5382 (fax)
nperales@maldef.org
jlongoria@maldef.org
fmenedez@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
One New York Plaza
New York, New York 10004
(212) 859-8000
(212) 859-4000 (fax)
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com


* Admitted *pro hac vice*

*Attorney for Plaintiffs:*
LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC.

**CERTIFICATE OF SERVICE**

By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record on August 1, 2024, through the Electronic Case File System of the Western District of Texas.

*/s/ Zachary Dolling*
Zachary Dolling