# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREGORY W. ABBOTT, *et al.*, <br><br> *Defendants*. | No. 5:21-cv-844-XR <br> (Lead Case) |

### STATE OF TEXAS' MOTION TO WITHDRAW COUNSEL

Pursuant to Local Rule AT-3, Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (collectively, "State Defendants") file this Unopposed Motion to Withdraw Ethan Szumanski as counsel in this matter.

Mr. Szumanski is no longer employed by the Office of the Attorney General of Texas. State Defendants will continue to be represented by counsel listed below. This withdrawal will not delay any proceedings. This motion is unopposed.

For the reasons stated above, State Defendants respectfully request that the Court grant this motion to withdraw Ethan Szumanski as their counsel of record and remove Mr. Szumanski from all further electronic notifications regarding this case.

| | |
|---|---|
| Date: August 1, 2024 | Respectfully submitted. |
| | |
| **KEN PAXTON** | */s/ Ryan G. Kercher* |
| Attorney General | **RYAN G. KERCHER** |
| | Deputy Chief, Special Litigation Division |
| **BRENT WEBSTER** | Tex. State Bar No. 24060998 |
| First Assistant Attorney General | |
| | **KATHLEEN T. HUNKER** |
| **GRANT DORFMAN** | Special Counsel |
| Deputy First Assistant Attorney General | Tex. State Bar No. 24118415 |
| | |
| **JAMES LLOYD** | **WILLIAM D. WASSDORF** |
| Deputy Attorney General for Civil Litigation | Assistant Attorney General |
| | Tex. State Bar No. 24103022 |
| | |
| **RYAN D. WALTERS** | **ZACHARY W. BERG** |
| Chief, Special Litigation Division | Special Counsel |
| | Tex. State Bar No. 24107706 |

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov
zachary.berg@oag.texas.gov

**COUNSEL FOR STATE DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

I certify that on July 30, 2024, State Defendants' counsel conferred with all counsel by email. Plaintiff's Counsel, Dan Freeman responded that the Department of Justice is not opposed. As of the date and time of filing, no other counsel of record has responded, therefore State Defendants presume there are no oppositions.

*/s/ Ryan G. Kercher*
RYAN G. KERCHER

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 1, 2024 and that all counsel of record were served by CM/ECF.

*/s/ Ryan G. Kercher*
RYAN G. KERCHER