# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREGORY W. ABBOTT, *et al.*, <br><br> *Defendants*. | No. 5:21-cv-844-XR <br> [Lead Case] |

## ORDER GRANTING MOTION TO WITHDRAW COUNSEL

On this date, the Court considered State Defendants' Unopposed Motion to Withdraw Ethan Szumanski as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Ethan Szumanski is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas.

SIGNED this _____ day of _____, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE