# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> GREGORY W. ABBOTT, *et al.*, § <br> § <br> *Defendants*. § <br> § | Civil Action No. 5:21-cv-844-XR <br> [Lead Case] |

## PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW ALYSSA G. BERNSTEIN AS COUNSEL

Pursuant to Local Court Rule AT-3, Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas (collectively, "Plaintiffs") file this unopposed motion to withdraw Alyssa G. Bernstein as counsel in this matter.

Ms. Bernstein took a leave of absence from Jenner & Block LLP. Plaintiffs will continue to be represented by counsel listed below. This withdrawal will not delay any proceedings. The motion is unopposed.

For the reasons stated above, Plaintiffs respectfully request that this Court grant this unopposed motion to withdraw Alyssa G. Bernstein as counsel and remove Ms. Bernstein from further electronic notifications in this case.

Dated: August 28, 2024

Respectfully submitted,

By: */s/ Zachary Dolling*
Zachary Dolling
Veronikah Rhea Warms
Sarah Xiyi Chen
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)

zachary@texascivilrightsproject.org
veronikah@texascivilrightsproject.org
schen@texascivilrightsproject.org

Adriana Cecilia Pinon
Ashley Alcantara Harris
Edgar Saldivar
Savannah Kumar
Thomas Paul Buser-Clancy
**ACLU FOUNDATION OF TEXAS**
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
apinon@aclutx.org
esaldivar@aclutx.org
aharris@aclutx.org
skumar@aclutx.org
tbuser-clancy@aclutx.org

Adriel Cepeda-Derieux
Ari Savitzky
Dayton Campbell-Harris
Elissa Gershon
Sophia Lin Lakin
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broadway Street, 18th Floor
New York, NY 10004
(212) 284-7334
acepedaderieux@aclu.org
asavitzky@aclu.org
dcampbell-harris@aclu.org
elissa.g@consultant.aclu.org
slakin@aclu.org

Brian Dimmick
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 15th St NW
Washington, DC 20005
(202) 731-2395
bdimmick@aclu.org

Susan Mizner
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

39 Drumm Street
San Francisco, CA 94111
(415) 343-0781
smizner@aclu.org

Christopher McGreal
Lucia Romano
Peter Hofer
**DISABILITY RIGHTS TEXAS**
1500 McGowen Ste 100
Houston, TX 77004
(713) 974-7691
cmcgreal@drtx.org
lromano@drtx.org
phofer@disabilityrightstx.org

Jerry Vattamala
Patrick Stegemoeller
Susana Lorenzo-Giguere
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
jvattamala@aaldef.org
pstegemoeller@aaldef.org
slorenzo-giguere@aaldef.org

Jessica Ring Amunson
**JENNER & BLOCK LLP**
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com

Gregory D. Washington
**JENNER & BLOCK LLP**
455 Market Street, Suite 2100
San Francisco, CA 94105-2453
(415) 293-5937
GWashington@jenner.com

*Counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas*

## CERTIFICATE OF CONFERENCE

I certify that on August 21, 2024 I conferred via e-mail with counsel for all parties regarding the contents of this motion, and none are opposed to this Motion.

                                                           */s/ Zachary Dolling*
                                                           Zachary Dolling

## CERTIFICATE OF SERVICE

By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record on August 29, 2024, through the Electronic Case File System of the Western District of Texas.

                                                           */s/ Zachary Dolling*
                                                           Zachary Dolling