# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, § § *Plaintiffs*, § § v. § § GREGORY W. ABBOTT, *et al.*, § § *Defendants*. § § | Civil Action No. 5:21-cv-844-XR [Lead Case] |

## ORDER GRANTING MOTION TO WITHDRAW COUNSEL

On this date, the Court considered Plaintiffs' OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas Unopposed Motion to Withdraw Alyssa G. Bernstein as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Alyssa G. Bernstein is hereby withdrawn as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas.

SIGNED this _____ day of _____, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT