# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

August 29, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-50885    USA v. Paxton  
                       USDC No. 5:21-CV-844-XR

The court has granted Appellees League of Women Voters of Texas, OCA-Greater Houston and REVUP-Texas motion to relieve Alyssa G. Bernsein as attorney of record.

Sincerely,

LYLE W. CAYCE, Clerk

By: Lisa E. Ferrara  
Lisa E. Ferrara, Deputy Clerk  
504-310-7675

Ms. Alyssa G. Bernsein  
Mr. Alexander Bernstein  
Ms. Tovah Calderon  
Mr. Dayton Campbell-Harris  
Mr. Louis Joseph Capozzi III  
Mr. Adriel I. Cepeda Derieux  
Mr. William Francis Cole  
Mr. Aaron Crowell  
Mr. Philip Devlin  
Brian Dimmick  
Mr. Zachary Dolling  
Mr. Daniel Joshua Freeman  
Mr. John Matthew Gore  
Ms. Brianne Jenna Gorod  
Ashley Alcantara Harris  
Ms. Kathleen Theresa Hunker  
Ms. Kateland R. Jackson  
Mr. Ryan Glen Kercher  
Mr. David C. Kimball-Stanley  
Ms. Sophia Lin Lakin  
Mr. Jason Lee  
Mr. Christopher McGreal  
Mr. Aaron Lloyd Nielson  
Ms. Lanora Christine Pettit  
William Alvarado Rivera  
Mr. Ari J. Savitzky  
Mr. Andre Segura

Ms. Elizabeth Snow
Ms. Corey Stoughton
Mr. William D. Wassdorf