**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**



| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | Case No. 5:21-cv-00844-XR |
| v. | § | (Consolidated Cases) |
| | § | |
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

**UNOPPOSED MOTION TO WITHDRAW
ELIZABETH Y. RYAN AS COUNSEL**

Pursuant to Local Rule AT-3, Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin file this Unopposed Motion to Withdraw Elizabeth Y. Ryan as counsel in this matter.

Ms. Ryan has joined the partnership at another law firm and thus will no longer be a partner at Weil, Gotshal & Manges LLP. The undersigned counsel of record will continue to represent Friendship-West Baptist Church, Texas Impact, and James Lewin in this matter. Ms. Ryan's withdrawal will not delay any proceedings. This motion is unopposed.

For the reasons stated above, Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin respectfully request that the Court grant this unopposed motion to withdraw Elizabeth Y. Ryan as their counsel of record and remove her from all further electronic notifications in this case.

Dated:  September 10, 2024

Respectfully submitted,

*/s/ Patrick A. Berry*
Sean Morales-Doyle
Jasleen K. Singh*
Patrick A. Berry*
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Telephone: (646) 292-8310
Facsimile: (212) 463-7308
sean.morales-doyle@nyu.edu
jasleen.singh@nyu.edu
patrick.berry@nyu.edu

Leah J. Tulin*
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
1140 Connecticut Avenue NW, Suite 1150
Washington, DC 20036
Telephone: (202) 650-6397
tulinl@brennan.law.nyu.edu

Aaron J. Curtis*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8901
aaron.curtis@weil.com

***Attorneys for Plaintiffs Friendship-West
Baptist Church, Texas Impact, and James
Lewin***

*\* Admitted pro hac vice*

**CERTIFICATE OF CONFERENCE**

I certify that on September 6, 2024, I conferred via e-mail with counsel for all parties regarding the contents of this Motion and none are opposed.

*/s/Patrick A. Berry*
Patrick A. Berry

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 10, 2024, the foregoing document was filed electronically with the United States District Court for the Western District of Texas via CM/ECF. As such, this Motion was served on all counsel who have consented to electronic service.

*/s/Patrick A. Berry*
Patrick A. Berry