IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, § § *Plaintiffs,* § § v. § § STATE OF TEXAS, *et al.*, § § *Defendants.* § | Case No. 5:21-cv-00844-XR (Consolidated Cases) |

**ORDER GRANTING MOTION TO WITHDRAW COUNSEL**

On this date, the Court considered Plaintiffs' Friendship-West Baptist Church, Texas Impact, and James Lewin's Unopposed Motion to Withdraw Elizabeth Y. Ryan as counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Elizabeth Y. Ryan is withdrawn as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin.

SIGNED this _____ day of _____, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE