**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al.,  §<br>　　　*Plaintiffs*,　　　　　　　　　　　　§<br>　　　　　　　　　　　　　　　　　　　§<br>v.　　　　　　　　　　　　　　　　　　§　　Case No. 5:21-cv-844-XR<br>　　　　　　　　　　　　　　　　　　　§<br>GREGORY W. ABBOTT, et al.,　　　　　§<br>　　　*Defendants*.　　　　　　　　　　§<br>　　　　　　　　　　　　　　　　　　　§ | |

**ORDER GRANTING STATE DEFENDANTS AND INTERVENOR-DEFENDANTS'**
**OPPOSED MOTION FOR STAY PENDING APPEAL**
**AND REQUEST FOR EXPEDITED CONSIDERATION**

On this day, the Court considered State Defendants and Intervenor-Defendants' Opposed Motion for Stay Pending Appeal, or in the Alternative for Administrative Stay Pending Appeal, and Request for Expedited Consideration. After due consideration of the motion, and all other relevant briefing, the Court finds said motion meritorious.

IT IS HEREBY ORDERED that Defendants' Opposed Motion for Stay Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal, and Request for Expedited Consideration is GRANTED.

IT IS FURTHER ORDERED that the injunction issued on September 28, 2024, is stayed while case is on appeal.

SIGNED ON _____, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE