IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, §<br>§<br>*Plaintiffs*, §<br>§<br>v. §<br>§<br>GREGORY W. ABBOTT, *et al.*, §<br>§<br>*Defendants*. §<br>§ | Civil Action No. 5:21-cv-844-XR<br>[Lead Case] |

## ORDER GRANTING MOTION TO WITHDRAW COUNSEL

On this date, the Court considered Plaintiffs' OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas's Unopposed Motion to Withdraw Susana Lorenzo-Giguere as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Susana Lorenzo-Giguere is hereby withdrawn as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas.

SIGNED this _____ day of _____, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT