IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., *Plaintiffs,* v. GREGORY W. ABBOTT, et al., *Defendants.* | 5:21-cv-844-XR |
| OCA-GREATER HOUSTON, et al., *Plaintiffs,* v. JANE NELSON, et al., *Defendants.* | 1:21-CV-0780-XR |

**ORDER GRANTING MOTION TO EXTEND
DEADLINE FOR BILL OF COSTS AND MOTION FOR ATTORNEY'S FEES**

On this date, the Court considered OCA-Greater Houston's and League of Women Voters of Texas's Unopposed Motion to Extend Deadline for Bill of Costs and Motion for Attorney's Fees. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that the deadline for OCA-Greater Houston and League of Women Voters of Texas to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order (Doc. 1157) is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If

2

any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding.

       SIGNED this _____ day of _____, 2024.

              _____
              XAVIER RODRIGUEZ
              UNITED STATES DISTRICT JUDGE