# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
October 4, 2024

Lyle W. Cayce
Clerk

No. 24-50783

5:21-cv-844-XR

LA UNION DEL PUEBLO ENTERO; MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS; LULAC TEXAS; TEXAS ALLIANCE FOR RETIRED AMERICANS; TEXAS AFT; OCA-GREATER HOUSTON; LEAGUE OF WOMEN VOTERS OF TEXAS,

*Plaintiffs—Appellees,*

versus

GREGORY W. ABBOTT, *in his official capacity as Governor of Texas*; WARREN K. PAXTON, *in his official capacity as Attorney General of Texas*; STATE OF TEXAS; JANE NELSON, *in her official capacity as Texas Secretary of State*; HARRIS COUNTY REPUBLICAN PARTY; DALLAS COUNTY REPUBLICAN PARTY; NATIONAL REPUBLICAN SENATORIAL COMMITTEE,

*Defendants—Appellants,*

REPUBLICAN NATIONAL COMMITTEE

*Movant—Appellant,*

───────────────

OCA-GREATER HOUSTON; LEAGUE OF WOMEN VOTERS OF TEXAS,

*Plaintiffs-Appellees,*

versus

No. 24-50783

KEN PAXTON, *Texas Attorney General*,

*Defendant—Appellant,*

LULAC TEXAS; TEXAS ALLIANCE FOR RETIRED AMERICANS; TEXAS AFT,

*Plaintiffs—Appellees,*

*versus*

KEN PAXTON, *in his official capacity as the Texas Attorney General*,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-844
USDC No. 1:21-CV-780
USDC No. 1:21-CV-786

---

UNPUBLISHED ORDER

Before HO, WILSON, and RAMIREZ, *Circuit Judges*.
PER CURIAM:*

    IT IS ORDERED that Appellants' emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 10, 2024.

---

* JUDGE RAMIREZ would not grant a temporary administrative stay.

2

No. 24-50783

IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 9:00 a.m. CT on Tuesday, October 8, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 9, 2024.