# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 04, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-50783   La Union del Pueblo Entero v. Abbott
               USDC No. 5:21-CV-844
               USDC No. 1:21-CV-780
               USDC No. 1:21-CV-786

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

Ms. Jessica Ring Amunson
Mr. Dayton Campbell-Harris
Mr. Adriel I. Cepeda Derieux
Ms. Sarah Xiyi Chen
Mr. Philip Devlin
Mr. Christopher D. Dodge
Mr. Zachary Dolling
Mr. John Matthew Gore
Mr. Jason Scott Kanterman
Mr. Ryan Glen Kercher
Mr. Christopher McGreal
Mr. Aaron Lloyd Nielson
Mr. Uzoma Nkem Nkwonta
Ms. Nina Perales
Ms. Lanora Christine Pettit
Ms. Elena Alejandra Rodriguez Armenta
Ms. Elizabeth Ryan
Ms. Leah Tulin