# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 10, 2024
Lyle W. Cayce
Clerk

No. 24-50783

5: 21-cv-844-XR

LA UNION DEL PUEBLO ENTERO; MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS; LULAC TEXAS; TEXAS ALLIANCE FOR RETIRED AMERICANS; TEXAS AFT; OCA-GREATER HOUSTON; LEAGUE OF WOMEN VOTERS OF TEXAS,

*Plaintiffs—Appellees,*

*versus*

GREGORY W. ABBOTT, *in his official capacity as Governor of Texas*; WARREN K. PAXTON, *in his official capacity as Attorney General of Texas*; STATE OF TEXAS; JANE NELSON, *in her official capacity as Texas Secretary of State*; HARRIS COUNTY REPUBLICAN PARTY; DALLAS COUNTY REPUBLICAN PARTY; NATIONAL REPUBLICAN SENATORIAL COMMITTEE,

*Defendants—Appellants,*

REPUBLICAN NATIONAL COMMITTEE

*Movant—Appellant,*

---

OCA-GREATER HOUSTON; LEAGUE OF WOMEN VOTERS OF TEXAS,

*Plaintiffs-Appellees,*

*versus*

No. 24-50783

KEN PAXTON, *Texas Attorney General*,

*Defendant—Appellant*,

LULAC TEXAS; TEXAS ALLIANCE FOR RETIRED AMERICANS; TEXAS AFT,

*Plaintiffs—Appellees*,

versus

KEN PAXTON, *in his official capacity as the Texas Attorney General*,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-844 -XR
USDC No. 1:21-CV-780
USDC No. 1:21-CV-786

UNPUBLISHED ORDER

Before HO, WILSON, and RAMIREZ, *Circuit Judges*.

PER CURIAM:*

This court previously granted a temporary administrative stay of the district court's order and permanent injunction until October 10, 2024. IT IS ORDERED that the stay is extended until October 15, 2024.

---

*JUDGE RAMIREZ would not have granted a temporary administrative stay.

2