FILED

OCT 10 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ________ DEPUTY CLERK

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 10, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-50783 La Union del Pueblo Entero v. Abbott
USDC No. 5:21-CV-844-XR
USDC No. 1:21-CV-780
USDC No. 1:21-CV-786

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: ________________
Mary Frances Yeager, Deputy Clerk
504-310-7686

Ms. Jessica Ring Amunson
Mr. Thomas Paul Buser-Clancy
Mr. Dayton Campbell-Harris
Mr. Louis Joseph Capozzi III
Mr. Adriel I. Cepeda Derieux
Ms. Sarah Xiyi Chen
Mr. Aaron J. Curtis
Mr. Philip Devlin
Mr. Christopher D. Dodge
Mr. Zachary Dolling
Mr. John Matthew Gore
Ms. Ashley Alcantara Harris
Ms. Kathleen Theresa Hunker
Mr. Jason Scott Kanterman
Mr. Ryan Glen Kercher
Ms. Savannah Kumar
Ms. Sophia Lin Lakin
Mr. Christopher McGreal
Mr. Marcos Mocine-McQueen
Mr. Aaron Lloyd Nielson
Mr. Uzoma Nkem Nkwonta
Ms. Nina Perales
Ms. Lanora Christine Pettit
Mr. Justin Carl Pfeiffer
Ms. Adriana Cecilia Pinon

Ms. Elena Alejandra Rodriguez Armenta
Ms. Elizabeth Ryan
Mr. Edgar Saldivar
Mr. Ari J. Savitzky
Mr. Zachary Tripp
Ms. Leah Tulin
Mr. William D. Wassdorf
Ms. Julie Zuckerbrod