UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., *Plaintiffs,* v. GREGORY W. ABBOTT, et al., *Defendants.* | 5:21-cv-844-XR |
| LULAC TEXAS, et al., *Plaintiffs,* v. JANE NELSON, et al., *Defendants.* | 1:21-cv-0786-XR |

### [PROPOSED] ORDER GRANTING LULAC PLAINTIFFS' MOTION TO EXTEND DEADLINE FOR BILL OF COSTS AND MOTION FOR ATTORNEY'S FEES

The Court has considered the Motion to Extend Deadline for Bill of Costs and Motion for Attorney's Fees filed by Plaintiffs LULAC Texas, Texas Alliance for Retired Americans, Texas AFT, and Voto Latino ("LULAC Plaintiffs"). Accordingly, this Court **GRANTS** the Motion.

It is thus **ORDERED** that the deadline for LULAC Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order (ECF No. 1157) is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding.

2

SIGNED this _____ day of _____, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

2