UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br> *Plaintiffs*, <br><br> v. <br><br> GREGORY W. ABBOTT, *et al.*, <br> *Defendants*. | § <br> § <br> §   Case No. 5:21-cv-844-XR <br> §   [Consolidated Cases] <br> § <br> § <br> § |

### STATE DEFENDANTS' NOTICE OF APPEAL

Defendants Greg Abbott, in his official capacity as Texas Governor; Warren "Ken" Paxton, in his official capacity as Attorney General of Texas; Jane Nelson, in her official capacity as Secretary of State; and the State of Texas (collectively "State Defendants"), appeal to the U.S. Court of Appeals for the Fifth Circuit this Court's Order entered on October 11, 2024, permanently enjoining State Defendants from implementing, investigating or enforcing Sections 6.03–6.07 and 7.04 of S.B.1 as being preempted by the Voting Rights Act Section 208. *See* ECF 1173.

1

| | |
|---|---|
| Date: October 17, 2024 | Respectfully submitted, |
| | |
| KEN PAXTON | /s/ Ryan G. Kercher |
| Attorney General of Texas | RYAN G. KERCHER |
| | Deputy Chief, Special Litigation Division |
| BRENT WEBSTER | Tex. State Bar No. 24060998 |
| First Assistant Attorney General | |
| | KATHLEEN T. HUNKER |
| RALPH MOLINA | Special Counsel |
| Deputy First Assistant Attorney General | Tex. State Bar No. 24118415 |
| | |
| AUSTIN KINGHORN | ZACHARY W. BERG |
| Deputy Attorney General for Legal Strategy | Special Counsel |
| | Tex. State Bar No. 24107706 |
| | |
| RYAN D. WALTERS | WILLIAM D. WASSDORF |
| Chief, Special Litigation Division | Deputy Chief, General Litigation Division |
| | Tex. State Bar No. 24103022 |

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
zachary.berg@oag.texas.gov
will.wassdorf@oag.texas.gov

**COUNSEL FOR STATE DEFENDANTS**

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on October 17, 2024, and that all counsel of record were served by CM/ECF.

/s/ Ryan G. Kercher
RYAN G. KERCHER