FILED
OCT 20 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 20, 2024
Lyle W. Cayce
Clerk

No. 24-50826

5:21-cv-844-XR

La Union del Pueblo Entero; Southwest Voter Registration Education Project; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Education; JOLT Action; William C. Velasquez Institute; Fiel Houston, Incorporated; Friendship-West Baptist Church; Texas Impact; James Lewin,

*Plaintiffs—Appellees,*

*versus*

Gregory W. Abbott, *in his official capacity as Governor of Texas*; Warren K. Paxton, *in his official capacity as Attorney General of Texas*; State of Texas; Jane Nelson, *in her official capacity as Texas Secretary of State*; Harris County Republican Party; Dallas County Republican Party; National Republican Senatorial Committee,

*Defendants—Appellants,*

Republican National Committee

*Movant—Appellant,*

---

OCA-Greater Houston; League of Women Voters of Texas,

*Plaintiffs- Appellees,*

versus

KEN PAXTON, *Texas Attorney General,*

*Defendant—Appellant,*

---

LULAC TEXAS; TEXAS ALLIANCE FOR RETIRED AMERICANS; TEXAS AFT; VOTO LATINO,

*Plaintiffs—Appellees,*

versus

KEN PAXTON, *in his official capacity as the Texas Attorney General,*

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-844-XR
USDC No. 1:21-CV-780
USDC No. 1:21-CV-786

---

UNPUBLISHED ORDER

Before HO, WILSON, and RAMIREZ, *Circuit Judges.*

PER CURIAM:

    IT IS ORDERED that Appellants' October 18, 2024 motion to stay injunction pending appeal is denied without prejudice. The motion is premised on the *Purcell* principle. That principle is implicated "when a lower court has issued an injunction of a state's election law in the period close to an election." *Merrill v. Milligan*, 142 S. Ct. 879, 880 (2022) (Kavanaugh, J.,

No. 24-50826

concurring) (citing *Purcell v. Gonzalez*, 549 U.S. 1, 1 (2006)). Here, the district court has already applied *Purcell* and stayed its injunction until after the election. If Appellants seek to stay the injunction beyond the upcoming November election, the motion shall be submitted to the panel assigned to hear argument in this appeal.

IT IS FURTHER ORDERED that the temporary administrative stay granted by this Court on October 18, 2024 is dissolved.