FILED
OCT 20 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 20, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-50826   La Union del Pueblo Entero v. Abbott
                  USDC No. 5:21-CV-844
                  USDC No. 1:21-CV-780
                  USDC No. 1:21-CV-786

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Melissa Mattingly
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Ms. Jessica Ring Amunson
Mr. Thomas Paul Buser-Clancy
Mr. Dayton Campbell-Harris
Mr. Adriel I. Cepeda Derieux
Ms. Sarah Xiyi Chen
Mr. Aaron J. Curtis
Mr. Philip Devlin
Mr. Christopher D. Dodge
Mr. Zachary Dolling
Mr. John Matthew Gore
Ms. Ashley Alcantara Harris
Ms. Kateland R. Jackson
Mr. Jason Scott Kanterman
Mr. Ryan Glen Kercher
Ms. Savannah Kumar
Ms. Sophia Lin Lakin
Mr. Christopher McGreal
Mr. Marcos Mocine-McQueen
Mr. Sean Morales-Doyle
Mr. Aaron Lloyd Nielson
Mr. Uzoma Nkem Nkwonta
Ms. Nina Perales
Ms. Lanora Christine Pettit
Ms. Adriana Cecilia Pinon
Ms. Elizabeth Ryan
Mr. Edgar Saldivar

Mr. Ari J. Savitzky
Mr. Zachary Tripp
Ms. Leah Tulin