IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., *Plaintiffs,* v. STATE OF TEXAS, et al., *Defendants,* HARRIS COUNTY REPUBLICAN PARTY, et al., *Intervenor-Defendants.* | 5:21-cv-844-XR (consolidated cases) |

### PRIVATE PLAINTIFFS' OPPOSED MOTION TO EXTEND DEADLINES FOR BILLS OF COSTS AND MOTIONS FOR ATTORNEYS' FEES AND COSTS RELATING TO SECTION 208 ORDER AND ALL FUTURE ORDERS

Private Plaintiffs[1] respectfully request that the Court extend their deadlines to file bills of costs and move for attorneys' fees and costs with respect to the Court's October 11, 2024 Order resolving their Section 208 claims in their favor. Private Plaintiffs also request similar prospective relief with respect to any future order the Court issues based on the first phase of the bifurcated trial proceedings in this case. At the time of filing of this motion, counsel for Defendants and Intervenor-Defendants had not provided a position on this motion.

Extension of Time with Respect to Section 208 Order

On October 11, 2024, this Court issued findings of fact and conclusions of law holding that Section 208 of the VRA preempted, in whole or in part, SB 1 Sections 6.03–6.07 and 7.04, and

---

[1] Private Plaintiffs are OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Mi Familia Vota, Marlon López, Paul Rutledge, Jeffrey Lamar Clemmons, La Unión del Pueblo Entero, Friendship-West Baptist Church, the Southwest Voter Registration Education Project, Texas Impact, the Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Jolt Action, the William C. Velasquez Institute, FIEL Houston Inc., James Lewin, LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT.

1

permanently enjoined numerous Defendants from enforcing, in whole or in part, the preempted provisions. Doc. 1173 at 106–112. The Court also stayed its injunctions for the November 2024 General Election. *See id.* at 102, 108–109 and Doc. 1181. State Defendants and Intervenor-Defendants have both filed notices of appeal with respect to the Court's order. Docs. 1177, 1179.

A "prevailing party" in an action to enforce the Voting Rights Act may seek attorneys' fees and costs. 52 U.S.C. § 10310(e). Federal Rule of Civil Procedure 54(d)(2) requires that unless a statute or a court order provides otherwise, a "claim for attorney's fees and related nontaxable expenses must be made by motion" and must "be filed no later than 14 days after the entry of judgment." Similarly, costs "should be allowed to the prevailing party," Fed. R. Civ. P. 54(d)(1), and "[a] party awarded costs shall prepare and file a proposed bill of costs . . . not later than 14 days after the entry of judgment[.]" W.D. Tex. Loc. R. CV-54(a).

When the appeal raises questions about who may be a "prevailing party" entitled to costs and fees, courts may defer adjudicating these issues and extend the deadline to parties seeking costs or fees until after the appeal to preserve judicial resources. *See, e.g.*, *Colonial Oaks Assisted Living Lafayette v. Hannie Dev. Inc.*, No. 6:18-CV-01606, 2019 WL 7290951, at *1 (W.D. La. Dec. 27, 2019) ("[T]his Court believes that it would be in the interest of judicial economy and prudent to wait and consider the attorneys' fees and costs issue after the appeal has been resolved."); *Team Contractors, LLC v. Waypoint NOLA, LLC*, No. CV 16-1131, 2021 WL 5911278, at *4 (E.D. La. Nov. 18, 2021), *report and recommendation adopted*, No. CV 16-1131, 2021 WL 5907759 (E.D. La. Dec. 14, 2021) ("Having failed to establish any prejudice from the deferral of the fee determination until after the Fifth Circuit rules and considering the substantial resources that must be expended to determine the appropriate fee award which may be mooted by the appeal, deferral of the fee determination at this time is appropriate."). Postponing adjudication

2

on costs and fees until the appeals are resolved would reduce the overall expenses incurred in the case, since the parties would not have to separately litigate costs and fees issues for trial and the appeal but could instead file consolidated briefing all at once.

Given the State Defendants' and Intervenor-Defendants' appeals, Private Plaintiffs respectfully request that the Court exercise its authority to extend their deadlines to file bills of costs and move for attorneys' fees and costs to 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeals stemming from the Court's October 11, 2024 Order (Doc. 1173). If any party petitions for certiorari after the court of appeals' mandate issues, Private Plaintiffs request that the Court further extend these deadlines until 30 days after resolution of the petition for certiorari and any subsequent proceeding.

<u>Extension of Time with Respect to Future Orders</u>

Private Plaintiffs request similar relief with respect to any future order that the Court issues based on the first phase of the bifurcated trial proceedings in this case. Specifically, Private Plaintiffs request that the Court extend the relevant Private Plaintiffs' deadlines for filing bills of costs and moving for attorneys' fees and costs (if applicable) with respect to any such future order to 45 days after the court issues that order. If during the 45 days any Defendant appeals that order, Private Plaintiffs request that the Court further extend the relevant Private Plaintiffs' deadlines to file bills of costs and move for attorneys' fees and costs to 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeal of this Court's order. And if any party petitions for certiorari after the court of appeals' mandate issues, Private Plaintiffs request that the Court further extend those deadlines until 30 days after resolution of the petition for certiorari and any subsequent proceeding.

Dated: October 25, 2024.                                        Respectfully submitted,

/s/ Zachary Dolling
Zachary Dolling
Texas Bar No. 24105809
Sarah Chen*
California Bar No. 325327
Veronikah Warms*
Texas Bar No. 24132682
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
zachary@texascivilrightsproject.org
schen@texascivilrightsproject.org
veronikah@texascivilrightsproject.org

Adriana Pinon
Texas Bar No. 24089768
Thomas Buser-Clancy
Texas Bar No. 24078344
Edgar Saldivar
Texas Bar No. 24038188
Savannah Kumar
Texas Bar No. 24120098
Ashley Harris
Texas Bar No. 24123238
**ACLU FOUNDATION OF TEXAS, INC.**
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone: (713) 942-8146
Fax: (915) 642-6752
apinon@aclutx.org
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
skumar@aclutx.org
aharris@aclutx.org

Adriel I. Cepeda Derieux*
Ari Savitzky*
Sophia Lin Lakin*
Dayton Campbell-Harris
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004

(212) 284-7334
acepedaderieux@aclu.org
asavitzky@aclu.org
slakin@aclu.org
dcampbell-harris@aclu.org

Susan Mizner*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm St.
San Francisco, CA 94111
(415) 343-0781 (phone)
smizner@aclu.org

Brian Dimmick*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 15th St. NW
Washington, DC 20005
(202) 731-2395 (phone)
bdimmick@aclu.org

Lucia Romano
Texas State Bar No. 24033013
Peter Hofer
Texas State Bar No. 09777275
Christopher McGreal
Texas State Bar No. 24051774
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
lromano@drtx.org
phofer@drtx.org
cmcgreal@drtx.org

Patrick Stegemoeller*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
pstegemoeller@aaldef.org

Jessica Ring Amunson*
**JENNER & BLOCK LLP**
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
jamunson@jenner.com

***COUNSEL FOR OCA-GREATER HOUSTON PLAINTIFFS.***
*admitted *pro hac vice*

4

/s/ *Nina Perales*
Nina Perales (TX Bar No. 24005046)
Fátima L. Menéndez (TX Bar No. 24090260)
Julia R. Longoria (TX Bar No. 24070166)
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300 San Antonio, TX 78205
Tel: (210) 224-5476; Fax: (210) 224-5382
nperales@maldef.org
fmenendez@maldef.org
jlongoria@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Tel: (212) 859-8000; Fax: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com

*Attorneys for Plaintiffs*

**LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC.**

*\*Admitted pro hac vice*

/s/ *Sean Morales-Doyle*
Sean Morales-Doyle
Patrick A. Berry*
Jasleen K. Singh*
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Tel: (646) 292-8310; Fax: (212) 463-7308
sean.morales-doyle@nyu.edu
patrick.berry@nyu.edu
jasleen.singh@nyu.edu

Leah J. Tulin*
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
1140 Connecticut Avenue NW, Suite 1150
Washington, DC 20036
(202) 650-6397
tulinl@brennan.law.nyu.edu

Aaron J. Curtis*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8901
Aaron.curtis@weil.com

*Attorneys for Plaintiffs*

**FRIENDSHIP-WEST BAPTIST CHURCH, TEXAS IMPACT, JAMES LEWIN**

*\*Admitted pro hac vice*

5

*/s/ Jennifer Holmes*

Jennifer A. Holmes*
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org

Amir Badat*
Victor Genecin*
Breanna Williams*
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
abadat@naacpldf.org
vgenecin@naacpldf.org
bwilliams@naacpldf.org

Shira Wakschlag*
The Arc of the United States, Inc.
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

Kenneth E. Broughton
Texas Bar No. 03087250
Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
kbroughton@reedsmith.com
kpippin@reedsmith.com

Sarah Cummings Stewart
Texas Bar No. 24094609
Reed Smith LLP
2850 N. Harwood Street, Suite 1500

/s/ *Wendy J. Olson*
Wendy J. Olson, Bar No. 7634
Mark L. Bieter, Bar No. 11859
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702

*Attorneys for Mi Familia Vota Plaintiffs*

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta*
Christopher D. Dodge*
Elena A. Rodriguez Armenta*
Daniela Lorenzo*
Marcos Mocine-McQueen*
Marisa A. O'Gara*
Omeed Alerasool*
ELIAS LAW GROUP LLP
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
unkwonta@elias.law
cdodge@elais.law
erodriguezarmenta@elias.law
dlorenzo@elias.law
mmcqueen@elias.law
mogara@elias.law
oalerasool@elias.law

*Counsel for LULAC Plaintiffs*

*Admitted Pro Hac Vice

6

Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
sarah.stewart@reedsmith.com

J. Michael Showalter*
ARENTFOX SCHIFF LLP
South Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: (312) 258-5561
j.michael.showalter@afslaw.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons*

**CERTIFICATE OF CONFERENCE**

I certify that on October 24, 2024, I conferred via e-mail with counsel for all parties regarding Private Plaintiffs' intention to seek this extension of time to seek costs and fees. At the time of filing of this motion, counsel for Defendants and Intervenor-Defendants had not provided any position on this motion. Accordingly, this motion has been marked as opposed.

*/s/ Zachary Dolling*

**CERTIFICATE OF SERVICE**

By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record on October 25, 2024, through the Electronic Case File System of the Western District of Texas.

*/s/ Ashley Harris*