IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., *Plaintiffs,* v. STATE OF TEXAS, et al., *Defendants,* HARRIS COUNTY REPUBLICAN PARTY, et al., *Intervenor-Defendants.* | 5:21-cv-844-XR (consolidated cases) |

**[PROPOSED] ORDER GRANTING PRIVATE PLAINTIFFS' MOTION TO EXTEND DEADLINES FOR BILLS OF COSTS AND MOTIONS FOR ATTORNEYS' FEES AND COSTS RELATING TO SECTION 208 ORDER AND ALL FUTURE ORDERS**

On this date, the Court considered Private Plaintiffs'[1] Opposed Motion to Extend Deadlines for Bills of Costs and Motions for Attorneys' Fees and Costs Relating to Section 208 Order and All Future Orders. After considering the Motion, the Court is of the opinion that it should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that the deadlines for Private Plaintiffs to file bills of costs and move for attorneys' fees and costs with respect to the Court's October 11, 2024 Order (Doc. 1173) is set for 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeals stemming from that order. If any party

---

[1] Private Plaintiffs are OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Mi Familia Vota, Marlon López, Paul Rutledge, Jeffrey Lamar Clemmons, La Unión del Pueblo Entero, Friendship-West Baptist Church, the Southwest Voter Registration Education Project, Texas Impact, the Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Jolt Action, the William C. Velasquez Institute, FIEL Houston Inc., James Lewin, LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT.

petitions for certiorari after the court of appeals' mandate issues, these deadlines are further extended until 30 days after the resolution of the petition for certiorari and any subsequent proceeding.

It is FURTHER ORDERED, with respect to any future order the Court issues based on the first phase of the bifurcated trial proceedings in this case, that the relevant Private Plaintiffs' deadlines for filing bills of costs and moving for attorneys' fees and costs (if applicable) is extended to 45 days after the court issues that order. If during those 45 days any Defendant appeals that order, the relevant Private Plaintiffs' deadlines to file bills of costs and move for attorneys' fees and costs is further extended to 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeal of this Court's order. And if any party petitions for certiorari after the court of appeals' mandate issues, those deadlines are further extended until 30 days after resolution of the petition for certiorari and any subsequent proceeding.

SIGNED this _____ day of _____, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE