UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § | |
| *Plaintiffs*, | § | |
| | § | Case No. 5:21-cv-844-XR |
| v. | § | [Consolidated Cases] |
| | § | |
| GREGORY W. ABBOTT, *et al.*, | § | |
| *Defendants*. | § | |

**STATE DEFENDANTS' AND INTERVENOR-DEFENDANTS' NOTICE OF
NON-OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

Defendants Greg Abbott, in his official capacity as Texas Governor; Warren "Ken" Paxton, in his official capacity as Attorney General of Texas; Jane Nelson, in her official capacity as Secretary of State; and the State of Texas (collectively "State Defendants") and Intervenor-Defendants file this Notice of Non-Opposition to Private Plaintiffs' Motion to Extend Deadlines for Bills of Costs and Motions for Attorneys' Fees and Costs Relating to Section 208 Order and All Future Orders. *See* ECF 1188.

Private Plaintiffs[1] sought conference on October 21, 2024, to obtain opposition or non-opposition to their joint motion for an extension of time to seek costs and fees in relation to the Court's October 11, 2024 order on their Section 208 claims, and to file the same briefing with

---

[1] Private Plaintiffs are OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Mi Familia Vota, Marlon López, Paul Rutledge, Jeffrey Lamar Clemmons, La Unión del Pueblo Entero, Friendship-West Baptist Church, the Southwest Voter Registration Education Project, Texas Impact, the Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Jolt Action, the William C. Velasquez Institute, FIEL Houston Inc., James Lewin, LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT.

respect to any future order the Court issues based on the first phase of the bifurcated trial proceedings. State Defendants and Intervenor-Defendants missed Private Plaintiffs' requested response deadline. However, State Defendants and Intervenor-Defendants have notified Private Plaintiffs, and are notifying the Court now, that they are unopposed to Private Plaintiffs' motion for extension of the deadline to file their bills of costs and motions for attorneys' fees and costs relating to this Court's October 11, 2024 Order and any future orders.

Date: October 30, 2024                        Respectfully submitted,

KEN PAXTON                                    */s/ Ryan G. Kercher*
Attorney General of Texas                     RYAN G. KERCHER
                                              Deputy Chief, Special Litigation Division
BRENT WEBSTER                                 Tex. State Bar No. 24060998
First Assistant Attorney General
                                              KATHLEEN T. HUNKER
RALPH MOLINA                                  Special Counsel
Deputy First Assistant Attorney General       Tex. State Bar No. 24118415

AUSTIN KINGHORN                               ZACHARY W. BERG
Deputy Attorney General for Legal             Special Counsel
Strategy                                      Tex. State Bar No. 24107706

RYAN D. WALTERS                               WILLIAM D. WASSDORF
Chief, Special Litigation Division            Deputy Chief, General Litigation Division
                                              Tex. State Bar No. 24103022

                                              OFFICE OF THE ATTORNEY GENERAL
                                              P.O. Box 12548 (MC-009)
                                              Austin, Texas 78711-2548
                                              Tel.: (512) 463-2100
                                              ryan.kercher@oag.texas.gov
                                              kathleen.hunker@oag.texas.gov
                                              zachary.berg@oag.texas.gov
                                              will.wassdorf@oag.texas.gov

                                              COUNSEL FOR STATE DEFENDANTS

JOHN M. GORE
E. STEWART CROSLAND
LOUIS J. CAPOZZI, III
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
scrosland@jonesday.com
lcapozzi@jonesday.com

**COUNSEL FOR INTERVENOR-DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on October 17, 2024, and that all counsel of record were served by CM/ECF.

*/s/ Ryan G. Kercher*
RYAN G. KERCHER