**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

FILED
NOV -1 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

November 01, 2024

Ms. Jessica Ring Amunson
Jenner & Block, L.L.P.
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412

Mr. Thomas Paul Buser-Clancy
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

Mr. Dayton Campbell-Harris
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad Street
New York, NY 10004

Mr. Louis Joseph Capozzi III
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

Mr. Adriel I. Cepeda Derieux
American Civil Liberties Union Foundation
915 15th Street, N.W.
Washington, DC 20005

Ms. Sarah Xiyi Chen
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741-3438

Mr. Aaron J. Curtis
Weil, Gotshal & Manges, L.L.P.
767 5th Avenue
New York, NY 10153-0119

Mr. Philip Devlin
Western District of Texas, San Antonio

United States District Court
655 E. Cesar E. Chavez Boulevard
Suite G65
San Antonio, TX 78206


Mr. Christopher D. Dodge
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001


Mr. Zachary Dolling
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741-3438


Mr. John Matthew Gore
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001


Ms. Ashley Alcantara Harris
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288


Ms. Jennifer A. Holmes
NAACP Legal Defense & Educational Fund, Incorporated
700 14th Street, N.W.
Suite 600
Washington, DC 20005


Ms. Kathleen Theresa Hunker
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548


Ms. Kateland R. Jackson
Office of the Attorney General
Office of the Solicitor General
209 W. 14th Street
7th Floor
Austin, TX 78701


Mr. Jason Scott Kanterman
Fried, Frank, Harris, Shriver & Jacobson, L.L.P.
1 New York Plaza
New York, NY 10004

Mr. Ryan Glen Kercher
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Ms. Savannah Kumar
American Civil Liberties Union of Texas
5225 Katy Freeway
Suite 350
Houston, TX 77007

Ms. Sophia Lin Lakin
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad Street
18th Floor
New York, NY 10004

Mr. Christopher McGreal
Disability Rights Texas
North Texas Regional Office
1420 W. Mockingbird Lane
Suite 450
Dallas, TX 75247-4932

Mr. Marcos Mocine-McQueen
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001

Mr. Sean Morales-Doyle
Brennan Center for Justice
120 Broadway
Suite 1750
New York, NY 10271

Mr. Aaron Lloyd Nielson
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Uzoma Nkem Nkwonta
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001

Ms. Nina Perales
Mexican-American Legal Defense & Educational Fund
110 Broadway Street
San Antonio, TX 78205

Ms. Lanora Christine Pettit
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Ms. Adriana Cecilia Pinon
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

Ms. Elizabeth Ryan
Weil, Gotshal & Manges, L.L.P.
200 Crescent Court
Suite 300
Dallas, TX 75201

Mr. Edgar Saldivar
American Civil Liberties Union of Texas
5225 Katy Freeway
Suite 350
Houston, TX 77007

Mr. Ari J. Savitzky
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004-2400

Mr. Zachary Tripp
Weil, Gotshal & Manges, L.L.P.
2001 M Street, N.W.
Suite 600
Washington, DC 20036

Ms. Leah Tulin
Brennan Center for Justice at NYU School of Law
1140 Connecticut Avenue, N.W.
Suite 1150
Washington, DC 20036

Mr. William D. Wassdorf
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station

Austin, TX 78711-2548

    No. 24-50826   La Union del Pueblo Entero v. Abbott
                      USDC No. 5:21-CV-844-XR
                      USDC No. 1:21-CV-780
                      USDC No. 1:21-CV-786
                      USDC No. 5:21-CV-848

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              *Lisa E. Ferrara*
                              By: _____
                              Lisa E. Ferrara, Deputy Clerk
                              504-310-7675

Case No. 24-50826

La Union del Pueblo Entero; Southwest Voter Registration Education Project; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Education; JOLT Action; William C. Velasquez Institute; Fiel Houston, Incorporated; Friendship-West Baptist Church; Texas Impact; James Lewin,

    Plaintiffs - Appellees

v.

Gregory W. Abbott, in his official capacity as Governor of Texas; Warren K. Paxton, in his official capacity as Attorney General of Texas; State of Texas; Jane Nelson, in her official capacity as Texas Secretary of State; Harris County Republican Party; Dallas County Republican Party; National Republican Senatorial Committee,

    Defendants - Appellants

Republican National Committee

    Movant - Appellant

---

OCA-Greater Houston; League of Women Voters of Texas,

    Plaintiffs- Appellees

v.

Ken Paxton, Texas Attorney General,

    Defendant - Appellant

---

LULAC Texas; Texas Alliance for Retired Americans; Texas AFT; Voto Latino,

    Plaintiffs - Appellees

v.

Ken Paxton, in his official capacity as the Texas Attorney General,

    Defendant - Appellant

---

Delta Sigma Theta Sorority, Incorporated; The Arc of Texas,

Plaintiffs-Appellees

v.

Gregory Wayne Abbott, in his official capacity as the Governor of Texas; Warren Kenneth Paxton, Jr., in his official capacity as the Attorney General of Texas,

Defendants-Appellants