IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., | § |
| | § |
| *Plaintiffs*, | § |
| | § CIVIL ACTION NO. 5:21-CV-00844-XR |
| v. | § (Consolidated Cases) |
| | § |
| GREGORY W. ABBOTT, et al., | § |
| | § |
| *Defendants*. | § |

## HARRIS COUNTY DISTRICT ATTORNEY KIM OGG'S NOTICE OF APPEAL

Defendant Harris County District Attorney Kim Ogg hereby appeals to the U.S. Court of Appeals for the Fifth Circuit from the Court's October 11, 2024 Order. Dkt. 1173. That order is appealable under 28 U.S.C. § 1292(a)(1).

Respectfully submitted,

**BUTLER SNOW LLP**

By: */s/ Eric J.R. Nichols*
   Eric J.R. Nichols
   State Bar No. 14994900
   eric.nichols@butlersnow.com
   Cory R. Liu
   State Bar No. 24098003
   cory.liu@butlersnow.com
   Victoria A. Giese
   State Bar No. 24126391
   victoria.giese@butlersnow.com
   1400 Lavaca Street, Suite 1000
   Austin, Texas 78701
   Tel: (737) 802-1800
   Fax: (737) 802-1801

**ATTORNEYS FOR DEFENDANT DISTRICT ATTORNEY KIM OGG, IN HER OFFICIAL CAPACITY AS HARRIS COUNTY DISTRICT ATTORNEY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2024, a true and correct copy of the foregoing document was served on all counsel of record by filing with the Court's CM/ECF system.

                                           */s/ Cory R. Liu*
                                           Cory R. Liu