Case 5:21-cv-00844-XR   Document 1192   Filed 11/07/24   Page 1 of 2

FILED
NOV -7 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Diana Garcia

| | |
|---|---|
| **From:** | cmecf_caseprocessing@ca5.uscourts.gov |
| **Sent:** | Thursday, November 7, 2024 2:34 PM |
| **To:** | TXWDdb_Appeals_SA |
| **Subject:** | 24-50826 La Union del Pueblo Entero v. Abbott "Briefing Notice" (5:21-CV-844) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

PLEASE DO NOT REPLY TO THIS EMAIL AS IT ORIGINATES FROM AN UNATTENDED EMAIL ADDRESS.

United States Court of Appeals for the Fifth Circuit

**Notice of Docket Activity**

The following transaction was entered on 11/07/2024 at 2:34:03 PM Central Standard Time and filed on 11/07/2024

**Case Name:** La Union del Pueblo Entero v. Abbott
**Case Number:** 24-50826

**Docket Text:**
BRIEFING SUSPENDED - issued prematurely; the record is not complete. A/Pet's Brief deadline canceled [24-50826] (CAG)

Notice will be electronically mailed to:

Ms. Jessica Ring Amunson: jamunson@jenner.com, docketing@jenner.com, 5598279420@filings.docketbird.com
Mr. Thomas Paul Buser-Clancy: tbuser-clancy@aclutx.org, 5252762420@filings.docketbird.com, cclay@aclutx.org
Mr. Dayton Campbell-Harris: dcampbell-harris@aclu.org, mgaryantes@aclu.org, ascott@aclu.org, mlarondeking@aclu.org, druiz@aclu.org
Mr. Louis Joseph Capozzi, III: lcapozzi@jonesday.com
Mr. Adriel I. Cepeda Derieux: acepedaderieux@aclu.org, mgaryantes@aclu.org, ascott@aclu.org, mlarondeking@aclu.org, druiz@aclu.org
Ms. Sarah Xiyi Chen: schen@texascivilrightsproject.org, renetta@texascivilrightsproject.org
Mr. Aaron J. Curtis: aaron.curtis@weil.com, aaron-curtis-7031@ecf.pacerpro.com, mco.ecf@weil.com
Mr. Philip Devlin, Clerk of Court: SanAntonioTX_Appeals@txwd.uscourts.gov

Mr. Christopher D. Dodge: cdodge@elias.law, docketinglg@elias.law, chris-dodge-6329@ecf.pacerpro.com
Mr. Zachary Dolling: zachary@texascivilrightsproject.org, zdolling@gmail.com, renetta@texascivilrightsproject.org
Mr. John Matthew Gore: jmgore@jonesday.com
Ms. Ashley Alcantara Harris: aharris@aclutx.org, christopher-clay-5259@ecf.pacerpro.com
Ms. Jennifer A. Holmes: jholmes@naacpldf.org, koliver@naacpldf.org
Ms. Kathleen Theresa Hunker: kathleen.hunker@oag.texas.gov, bonnie.freymuth@oag.texas.gov, sharon.murray@oag.texas.gov, amaireny.rodriguez@oag.texas.gov
Ms. Kateland R. Jackson: kateland.jackson@oag.texas.gov, alison.washburn@oag.texas.gov, deborah.williams@oag.texas.gov
Mr. Jason Scott Kanterman: jason.kanterman@friedfrank.com, managingattorneysdepartment@friedfrank.com
Mr. Ryan Glen Kercher: ryan.kercher@oag.texas.gov, emily.bratton@oag.texas.gov
Ms. Savannah Kumar: skumar@aclutx.org, christopher-clay-5259@ecf.pacerpro.com
Ms. Sophia Lin Lakin: slakin@aclu.org, mgaryantes@aclu.org, ascott@aclu.org, mlarondeking@aclu.org, druiz@aclu.org
Mr. Christopher McGreal: cmcgreal@disabilityrightstx.org, mmcnair@disabilityrightstx.org
Mr. Marcos Mocine-McQueen: mmcqueen@elias.law, marcos-mocine-mcqueen-2697@ecf.pacerpro.com
Mr. Sean Morales-Doyle: Morales-doyles@brennan.law.nyu.edu, singhj@brennan.law.nyu.edu, berryp@brennan.law.nyu.edu, garbera@brennan.law.nyu.edu, beyener@brennan.law.nyu.edu, sandersr@brennan.law.nyu.edu
Mr. Aaron Lloyd Nielson: aaron.nielson@oag.texas.gov, deborah.williams@oag.texas.gov, maria.williamson@oag.texas.gov
Mr. Uzoma Nkem Nkwonta: unkwonta@elias.law, nkwonta-0352@ecf.pacerpro.com, mdepass@elias.law, docketinglg@elias.law
Ms. Nina Perales: nperales@maldef.org, cleija@maldef.org, tsaenz@maldef.org, fmenendez@maldef.org, srodriguez@maldef.org, jlongoria@maldef.org, ipina@maldef.org
Ms. Lanora Christine Pettit: lanora.pettit@oag.texas.gov, maria.williamson@oag.texas.gov, deborah.williams@oag.texas.gov
Ms. Adriana Cecilia Pinon: apinon@aclutx.org, 9191273420@filings.docketbird.com, cclay@aclutx.org
Ms. Elizabeth Ryan: liz.ryan@weil.com
Mr. Edgar Saldivar: ESaldivar@aclutx.org, cclay@aclutx.org, aclutxlegal@gmail.com, bwallace@aclutx.org
Mr. Ari J. Savitzky: asavitzky@aclu.org, mgaryantes@aclu.org, ascott@aclu.org, mlarondeking@aclu.org, druiz@aclu.org
Mr. J. Michael Showalter: j.michael.showalter@afslaw.com, j.michael.showalter@gmail.com
Mr. Zachary Tripp: zack.tripp@weil.com, zack-tripp-3694@ecf.pacerpro.com, dc.ecf@weil.com, mco.ecf@weil.com
Ms. Leah Tulin: tulinl@brennan.law.nyu.edu
Mr. William D. Wassdorf: will.wassdorf@oag.texas.gov, thomas.ray@oag.texas.gov