# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF TEXAS, et al., <br><br> Defendants, <br><br> HARRIS COUNTY REPUBLICAN PARTY, et al., <br><br> Intervenor-Defendants. | Case No. 5:21-CV-844-XR <br> (Consolidated Cases) |

### HAUL-MFV, LUPE, AND LULAC PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE ADVISORY

HAUL-MFV, LUPE, and LULAC Plaintiffs ("Plaintiffs") respectfully request an extension, to January 10, 2025, of the deadline to file the advisory requested by the Court regarding their claims for intentional discrimination under the Fourteenth and Fifteenth Amendments and the Court's findings of fact and conclusions of law on their claims under Section 2 of the Voting Rights Act.

The current deadline for filing the advisory is January 6, 2025. *See* ECF No. 1195. Several members of Plaintiffs' counsel team will be traveling until January 6, and therefore they request the extension to allow Plaintiffs' counsel sufficient time to prepare the advisory. Plaintiffs do not seek an extension to delay these proceedings, and a short extension will not prejudice Defendants.

Accordingly, Plaintiffs respectfully request that their motion be granted, and that their deadline to file the advisory be extended to January 10, 2025.

1

Dated: December 24, 2024

Respectfully submitted,

/s/ *Nina Perales*
Nina Perales (TX Bar No. 24005046)
Fátima L. Menéndez (TX Bar No. 24090260)
Julia R. Longoria (TX Bar No. 24070166)
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Tel: (210) 224-5476; Fax: (210) 224-5382
nperales@maldef.org
fmenendez@maldef.org
jlongoria@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Tel: (212) 859-8000; Fax: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com

*Attorneys for Plaintiffs*

**LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC.**

*Admitted pro hac vice

/s/ *Sean Morales-Doyle*
Sean Morales-Doyle
Patrick A. Berry*
Jasleen K. Singh*
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Tel: (646) 292-8310; Fax: (212) 463-7308
sean.morales-doyle@nyu.edu
patrick.berry@nyu.edu
jasleen.singh@nyu.edu

Leah J. Tulin*
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
1140 Connecticut Avenue NW, Suite 1150
Washington, DC 20036
(202) 650-6397
tulinl@brennan.law.nyu.edu

Aaron J. Curtis*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8901
Aaron.curtis@weil.com

*Attorneys for Plaintiffs*

**FRIENDSHIP-WEST BAPTIST CHURCH, TEXAS IMPACT, JAMES LEWIN**

*Admitted pro hac vice

2

*/s/ Victor Genecin*
Victor Genecin*
Uruj Sheikh*
Breanna Williams*
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
vgenecin@naacpldf.org
usheikh@naacpldf.org*
bwilliams@naacpldf.org

Shira Wakschlag*
The Arc of the United States, Inc.
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

Kenneth E. Broughton
Texas Bar No. 03087250
Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
kbroughton@reedsmith.com
kpippin@reedsmith.com

Sarah Cummings Stewart
Texas Bar No. 24094609
Reed Smith LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
sarah.stewart@reedsmith.com

J. Michael Showalter*
ARENTFOX SCHIFF LLP
South Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: (312) 258-5561
j.michael.showalter@afslaw.com

/s/ *Wendy J. Olson*
Wendy J. Olson, Bar No. 7634
Mark L. Bieter, Bar No. 11859
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702

*Attorneys for Mi Familia Vota Plaintiffs*

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta*
Christopher D. Dodge*
Elena A. Rodriguez Armenta*
Daniela Lorenzo*
Marcos Mocine-McQueen*
Marisa A. O'Gara*
Omeed Alerasool*
ELIAS LAW GROUP LLP
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
unkwonta@elias.law
cdodge@elais.law
erodriguezarmenta@elias.law
dlorenzo@elias.law
mmcqueen@elias.law
mogara@elias.law
oalerasool@elias.law

*Counsel for LULAC Plaintiffs*

*Admitted Pro Hac Vice

3

*Admitted *pro hac vice*

*Counsel for Plaintiffs Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons*

## **CERTIFICATE OF CONFERENCE**

I certify that on December 23, 2024, counsel for Plaintiffs e-mailed with counsel for the Defendants, who stated that they did not oppose Plaintiffs' request to extend the deadline to file the advisory.

/s/ *Victor Genecin*
Victor Genecin

## **CERTIFICATE OF SERVICE**

I certify that the above document was served via email on the Court's CM/ECF system to all counsel of record on December 24, 2024.

>  /s/ *Victor Genecin*
>  Victor Genecin