## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | Case No. 5:21-cv-00844-XR |
| STATE OF TEXAS, *et al.*, | § | [Lead Case] |
| | § | |
| *Defendants.* | § | |
| | § | |
| HARRIS COUNTY REPUBLICAN PARTY, *et al.*, | § | |
| | § | |
| *Intervenor-Defendants.* | § | |

## ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)

Pending before the Court is LUPE Plaintiffs' Motion for Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) (ECF No. 1202).

Upon review of the request, the motion is GRANTED. It is hereby ORDERED that the LUPE Plaintiffs' claims in their Second Amended Complaint alleging intentional racial discrimination in violation of the Fourteenth and Fifteenth Amendments to the U.S. Constitution (Counts II and III) and the portion of Count IV that claims intentional racial discrimination in violation of Section 2 of the Voting Rights Act are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that all other claims, including the LUPE Plaintiffs' claims in their Second Amended Complaint alleging discriminatory results in violation of Section 2 of the Voting Rights Act, remain live and unaffected by this Order.

It is **SO ORDERED**.

**SIGNED** this 27th day of January, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE