**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § | |
| *Plaintiffs*, | § | |
| | § | Case No. 5:21-cv-844-XR |
| v. | § | [Consolidated Cases] |
| | § | |
| GREGORY W. ABBOTT, *et al.*, | § | |
| *Defendants*. | § | |

**STATE DEFENDANTS' NOTICE OF APPEAL**

Defendants Greg Abbott, in his official capacity as Texas Governor; Jane Nelson, in her official capacity as Texas Secretary of State; Warren "Ken" Paxton, in his official capacity as Attorney General of Texas; and the State of Texas (collectively "State Defendants") hereby appeal to the U.S. Court of Appeals for the Fifth Circuit this Court's Order entered on March 14, 2025, which permanently enjoined multiple provisions of the Texas Election Code as being violative of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act. *See* Findings of Fact and Conclusions of Law, ECF 1206. That order is immediately appealable. *See* 28 U.S.C. § 1292(a)(1).

Date: March 26, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN WALTERS
Deputy Attorney General for Legal
Strategy

Respectfully submitted,

*/s/ Ryan G. Kercher*
RYAN G. KERCHER
Chief, Special Litigation Division
Tex. State Bar No. 24060998

KATHLEEN T. HUNKER
Special Counsel
Tex. State Bar No. 24118415

ZACHARY W. BERG
Special Counsel
Tex. State Bar No. 24107706

WILLIAM D. WASSDORF
Deputy Chief, General Litigation Division
Tex. State Bar No. 24103022

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
zachary.berg@oag.texas.gov
will.wassdorf@oag.texas.gov

COUNSEL FOR STATE DEFENDANTS

CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on March 26 2025, and that all counsel of record were served by CM/ECF.

*/s/ Ryan G. Kercher*
RYAN G. KERCHER

2