IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | 5:21-CV-0844-XR |
| | § | [Consolidated Cases] |
| GREGORY W. ABBOTT, et al., | § | |
| *Defendants.* | § | |

## ORDER GRANTING STAY PENDING APPEAL

On this date, the Court considered the State Defendants' motion for clarification or alternatively for a stay pending appeal (ECF No. 1207) of the injunctive relief entered in this Court's Findings of Fact and Conclusions of Law on Plaintiffs' claims under the ADA and Rehabilitation Act issued on March 14, 2025 (ECF No. 1206) (the "FFCL"). On March 26, 2025, the State Defendants filed a Notice of Appeal of the FFCL (ECF No. 1208).

After careful consideration, the State Defendants' motion (ECF No. 1207) is **GRANTED**.

Thus, **IT IS ORDERED** that the FFCL has the following effect:

With respect to the HAUL and OCA Plaintiffs' ADA and Section 504 challenges to S.B. 1 §§ 5.02, 5.03, and 5.07:

> The Court **DECLARES** that Tex. Election Code § § 84.002(a)(1-a), 84.002(b-1), 84.011(a)(3-a), 86.001(f), 86.001(f-1), and 86.001(f-2) violate the ADA and Section 504. The Secretary of State of Texas, the Bexar County Elections Administrator, Harris County Clerk, Dallas County Elections Administrator, the El Paso County Elections Administrator, and their respective agents, officers, employees, and successors, and all persons acting in concert with each or any of them, are **PERMANENTLY ENJOINED** from implementing, enforcing, or giving any effect to Texas Election Code §§ 84.002(a)(1-a), 84.002(b-1), 84.011(a)(3-a), 86.001(f), 86.001(f-1), and 86.001(f-2).

**IT IS FURTHER ORDERED** that all injunctive relief described in the FFCL, including the relief modified by this Order, is **STAYED** pending appeal.

To the extent there is any discrepancy between this Order and the FFCL, this Order controls and clarifies, modifies, or supersedes the Court's FFCL issued March 14, 2025 (ECF No. 1206).

It is so **ORDERED**.

**SIGNED** this 28th day of March, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE