IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| La Unión Del Pueblo Entero, et al.,<br>　　*Plaintiffs*,<br><br>v.<br><br>Gregory W. Abbott, et al.,<br>　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 5:21-CV-0844-XR<br>[consolidated cases] |

**[PROPOSED] ORDER GRANTING HAUL AND OCA PLAINTIFFS' OPPOSED MOTION FOR CLARIFICATION OF THE COURT'S MARCH 28, 2025 ORDER**

On this date, the Court considered HAUL and OCA Plaintiffs' Opposed Motion for Clarification, regarding the injunctive relief entered in this Court's Findings of Fact and Conclusions of Law on Plaintiffs' claims under the ADA and Rehabilitation Act issued on March 14, 2025 (ECF No. 1206) (the "FFCL") and subsequent Order Granting Stay Pending Appeal issued on March 28, 2025 (ECF No. 1210) ("March 28, 2025 Order").

After careful consideration, HAUL and OCA Plaintiffs' motion is **GRANTED**.

Thus, **IT IS ORDERED** that the FFCL has the following effect:

With the exception of challenges to Section 7.04 that are stayed pending appeal, all other injunctive relief described in the FFCL is **STAYED** only until the May 2025 election has concluded.

To the extent there is any discrepancy, this Order controls and clarifies, modifies, or supersedes the Court's FFCL issued March 14, 2025 (ECF No. 1206) and the Court's March 28, 2025 Order (ECF No. 1210).

It is so **ORDERED**.

**SIGNED** this _____, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE