UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br>  *Plaintiffs*,<br><br>v.<br><br>GREGORY W. ABBOTT, *et al.*,<br>  *Defendants*. | §<br>§<br>§<br>§   Case No. 5:21-cv-844-XR<br>§   [Consolidated Cases]<br>§<br>§<br>§ |

**STATE DEFENDANTS' SUPPLEMENTAL NOTICE OF APPEAL**

Defendants Greg Abbott, in his official capacity as Texas Governor; Jane Nelson, in her official capacity as Texas Secretary of State; Warren "Ken" Paxton, in his official capacity as Attorney General of Texas; and the State of Texas (collectively "State Defendants") hereby appeal to the U.S. Court of Appeals for the Fifth Circuit this Court's Order Granting Stay Pending Appeal entered on March 28, 2025. This order modified and clarified the Court's earlier March 14, 2025, Order to permanently enjoin Texas Election Code §§ 84.002(a)(1-a), 84.002(b-1), 84.011(a)(3-a), 86.001(f), 86.001(f-1), and 86.001(f-2) as being violative of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act. *See* ECF No. 1210; and 28 U.S.C. § 1292(a)(1). State Defendants filed a notice of appeal against the earlier order on March 26, 2025. ECF No. 1208.

1

| | |
|---|---|
| Date: April 24, 2025 | Respectfully submitted, |
| | |
| KEN PAXTON | RYAN G. KERCHER |
| Attorney General of Texas | Chief, Special Litigation Division |
| | Tex. State Bar No. 24060998 |
| BRENT WEBSTER | |
| First Assistant Attorney General | */s/ Kathleen T. Hunker* |
| | KATHLEEN T. HUNKER |
| RALPH MOLINA | Special Counsel |
| Deputy First Assistant Attorney General | Tex. State Bar No. 24118415 |
| | |
| RYAN WALTERS | ZACHARY W. BERG |
| Deputy Attorney General for Legal Strategy | Special Counsel |
| | Tex. State Bar No. 24107706 |
| | |
| | WILLIAM D. WASSDORF |
| | Deputy Chief, General Litigation Division |
| | Tex. State Bar No. 24103022 |
| | |
| | OFFICE OF THE ATTORNEY GENERAL |
| | P.O. Box 12548 (MC-009) |
| | Austin, Texas 78711-2548 |
| | Tel.: (512) 463-2100 |
| | ryan.kercher@oag.texas.gov |
| | kathleen.hunker@oag.texas.gov |
| | zachary.berg@oag.texas.gov |
| | will.wassdorf@oag.texas.gov |
| | |
| | **COUNSEL FOR STATE DEFENDANTS** |

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on April 24, 2025, and that all counsel of record were served by CM/ECF.

*/s/ Kathleen T. Hunker*
KATHLEEN T. HUNKER