IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| La Unión Del Pueblo Entero, *et al.*, § | |
| *Plaintiffs*, § | |
| v. § | |
| § | No. 5:21-cv-00844-XR |
| Gregory W. Abbott, *et al.*, § | |
| *Defendants.* § | |

**NOTICE OF DESIGNATION OF COUNSEL IN CHARGE**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants Michael Scarpello and John Creuzot, defendants in the above entitled and numbered cause, and files this designation of lead counsel of record and would request the court records reflect that **CHERIE K. BATSEL,** State Bar Number 24011313, Assistant District Attorney for the Dallas County District Attorney's Office, is lead counsel of record and **Barbara S. Nicholas,** State Bar Number, Assistant District Attorney for the Dallas County District Attorney's Office is an additional counsel for the above named Defendants on said cause of action.

Respectfully submitted,

**JOHN CREUZOT**
Criminal District Attorney
Dallas County, Texas

*/s/ Cherie K. Batsel*

**Cherie K. Batsel**
State Bar No. 24011313
Assistant District Attorney
Email: cherie.batsel@dallascounty.org

Designation of Counsel                                                                                                   1

**Barbara S. Nicholas**
State Bar No. 24032785
Assistant District Attorney
Email: Jason.schuette@dallascounty.org

Dallas County Records Building
500 Elm Street, Suite 6300
Dallas, Texas 75202
Main: 214.653.7358
Facsimile: 214.653.6134

## CERTIFICATE OF SERVICE

Pursuant to Tex. R. Civ. P. 21, I hereby certify that a true and correct copy of this designation has been forward via the electronic filing system to counsels of record, as permitted by Tex. R. Civ. P. 21.

Dated: July 15, 2025.            */s/ Cherie K. Batsel*