# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., § | | |
| *Plaintiffs,* § | | |
| § | | |
| v. § | | 5:21-CV-0844-XR |
| § | | [Consolidated Cases] |
| GREGORY W. ABBOTT, et al., § | | |
| *Defendants.* § | | |

## POST-MANDATE ORDER

On this date, the Court considered the status of this case in light of the Fifth Circuit's ruling and mandate reversing the Court's order concluding that S.B. 1 §§ 5.07 and 5.13 violate Section 1971 of the Civil Rights Act of 1964 ("CRA"), now codified under 52 U.S.C. § 10101(a)(2) (the "Materiality Provision"), vacating the permanent injunction of those provisions, and remanding the case for further proceedings. *See* ECF No. 1233.

In accordance with the panel's ruling that S.B. 1 §§ 5.07 and 5.13 do not violate the Materiality Provision, Plaintiffs' claims under the Materiality Provision are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

**SIGNED** this 27th day of October, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE