FILED
DEC 19 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 19, 2025
Lyle W. Cayce
Clerk

No. 25-50246

LA UNION DEL PUEBLO ENTERO; SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT; MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS; TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION; JOLT ACTION; WILLIAM C. VELASQUEZ INSTITUTE; FIEL HOUSTON, INCORPORATED; FRIENDSHIP-WEST BAPTIST CHURCH; TEXAS IMPACT; JAMES LEWIN,

*Plaintiffs—Appellees,*

*versus*

GREGORY W. ABBOTT, *in his official capacity as Governor of Texas*; JANE NELSON, *in her official capacity as Texas Secretary of State*; STATE OF TEXAS; WARREN K. PAXTON, *in his official capacity as Attorney General of Texas*; HARRIS COUNTY REPUBLICAN PARTY; DALLAS COUNTY REPUBLICAN PARTY; NATIONAL REPUBLICAN SENATORIAL COMMITTEE,

*Defendants—Appellants,*

REPUBLICAN NATIONAL COMMITTEE

*Movant—Appellant,*

---

REVUP-TEXAS,

*Plaintiff—Appellee,*

No. 25-50246

*versus*

KEN PAXTON, *Texas Attorney General,*

*Defendant— Appellant,*

DELTA SIGMA THETA SORORITY, INCORPORATED; THE ARC OF TEXAS,

*Plaintiffs—Appellees,*

*versus*

GREGORY WAYNE ABBOTT, *in his official capacity as the Governor of Texas*; WARREN KENNETH PAXTON, JR., *in his official capacity as the Attorney General of Texas,*

*Defendants—Appellants.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-844-XR
USDC No. 1:21-CV-780
USDC No. 1:21-CV-786
USDC No. 5:21-CV-848
USDC No. 5:21-CV-920

ORDER:

IT IS ORDERED that the motion of the Lone Star Chapter of the Paralyzed Veterans of America and the National Federation of the Blind of Texas for leave to file brief as amici curiae is GRANTED.

No. 25-50246

_____

ANDREW S. OLDHAM
*United States Circuit Judge*