**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br><br>Defendants. | Case No. 5:21-CV-844-XR<br>(Consolidated Cases) |

**CONSOLIDATED PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE PARTIES' DEADLINE TO FILE JOINT ADVISORY**

Plaintiffs in the consolidated cases[1] ("Consolidated Plaintiffs") respectfully request an extension, to November 13, 2026, of the parties' deadline to file the joint advisory requested by the Court. *See* ECF No. 1244. The current deadline for filing the joint advisory is October 2, 2026.

Consolidated Plaintiffs have been working diligently to prepare their portion of the advisory and seek an extension due to the complexity of coordinating positions across five cases, the press of business leading up to the November 3, 2026 General Election, and the need to confer with Defendants prior to filing.

This motion is unopposed. Consolidated Plaintiffs do not seek an extension to delay these proceedings, and a short extension will not prejudice Defendants.

Accordingly, Consolidated Plaintiffs respectfully request that their motion be granted, and that the parties' deadline to file the advisory be extended to November 13, 2026.

---

[1] The consolidated cases include Lead Case *La Union del Pueblo Entero et al. v. Abbott et al.*, No. 5:21-cv-844-XR, and the following Member Cases: (i) *OCA-Greater Houston et al. v. Howden et al.*, No. 1:21-cv-780-XR; (ii) *LULAC Texas et al. v. Howden et al.*, No. 1:21-cv-786-XR; (iii) *Houston Justice et al. v. Abbott et al.*, No. 5:21-cv-848-XR; and (iv) *Mi Familia Vota et al. v. Abbott et al.*, No. 5:21-cv-920-XR.

Dated: September 29, 2026

Respectfully submitted,

*/s/ Nina Perales*
Nina Perales (TX Bar No. 24005046)
Antonio Joseph DelGrande
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Tel: (210) 224-5476; Fax: (210) 224-5382
nperales@maldef.org
adelgrande@maldef.org

Michael C. Keats*
Rebecca L. Martin*
Jason S. Kanterman*
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Tel: (212) 859-8000; Fax: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com

***Attorneys for Plaintiffs***

**LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC.**

**Admitted pro hac vice*

*/s/ Sean Morales-Doyle*
Sean Morales-Doyle
Patrick A. Berry*
Jasleen K. Singh*
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Tel: (646) 292-8310; Fax: (212) 463-7308
sean.morales-doyle@nyu.edu
patrick.berry@nyu.edu
jasleen.singh@nyu.edu

Leah J. Tulin*
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
1140 Connecticut Ave. NW, Suite 1150
Washington, DC 20036
Tel: (202) 650-6397
tulinl@brennan.law.nyu.edu

Aaron J. Curtis*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8901
aaron.curtis@weil.com

***Attorneys for Plaintiffs***

**FRIENDSHIP-WEST BAPTIST CHURCH, TEXAS IMPACT, JAMES LEWIN**

**Admitted pro hac vice*

*/s/ Victor Genecin*
Victor Genecin*
Breanna Della Williams*
Kathryn Sadasivan*
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Tel:: (212) 965-2200 Fax: (212) 226-7592
vgenecin@naacpldf.org
bwilliams@naacpldf.org
ksadasivan@naacpldf.org

Shira Wakschlag*
THE ARC OF THE UNITED STATES, INC.
2000 Pennsylvania Ave., NW, Suite 500
Washington, DC 20006
Tel: (202) 534-3708; Fax: (202) 534-3731
wakschlag@thearc.org

Kenneth E. Broughton
(TX Bar No. 03087250)
Sarah Cummings Stewart
(TX Bar No. 24094609)
REED SMITH LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Tel: (469) 680-4200; Fax: (469) 680-4299
kbroughton@reedsmith.com
sarah.stewart@reedsmith.com

J. Michael Showalter
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: (312) 258-5561
j.michael.showalter@afslaw.com

***Attorneys for Plaintiffs***

**HOUSTON AREA URBAN LEAGUE; DELTA SIGMA THETA SORORITY, INC.; THE ARC OF TEXAS; and JEFFREY LAMAR CLEMONS**

**Admitted pro hac vice*

*/s/ Wendy J. Olson*
Wendy J. Olson*
STOEL RIVES LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
Tel: 208.389.9000; Fax: 208.389.9040
wendy.olson@stoel.com

Bradley R. Prowant*
STOEL RIVES LLP
33 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Tel: 612.373.8800; Fax: 612.373.8881
bradley.prowant@stoel.com

Laura E. Rosenbaum*
STOEL RIVES LLP
760 SW Ninth Avenue., Suite 3000
Portland, OR 97205
Tel: 503.224.3380; Fax: 503.220.2480
laura.rosenbaum@stoel.com

Courtney Hostetler*
Ben Clements*
John Bonifaz*
FREE SPEECH FOR PEOPLE
28 S. Main St., Suite 200
Sharon, MA 02067
Tel: 617.249.3015
chostetler@freespeechforpeople.org
bclements@freespeechforpeople.org
jbonifaz@freespeechforpeople.org

***Attorneys for Plaintiffs***

**MI FAMILIA VOTA, MARLA LOPEZ, MARLON LOPEZ, AND PAUL RUTLEDGE**

**Admitted pro hac vice*

*/s/ Ashley Alcantara Harris*
Ashley Alcantara Harris (TX Bar No. 24123238)
Adriana Pinon (TX Bar No. 24089768)
Thomas Buser-Clancy (TX Bar No. 24078344)
Edgar Saldivar (TX Bar No. 24038188)
Savannah Kumar (TX Bar No. 24120098)
ACLU FOUNDATION OF TEXAS, INC.
5225 Katy Freeway, Suite 350
Houston, TX 77007
Tel: (713) 942-8146
aharris@aclutx.org
apinon@aclutx.org
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
skumar@aclutx.org

Adriel I. Cepeda Derieux*
Brian Lawrence Dimmick*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St., N.W.
Washington, DC 20005
Tel: (704) 632-0671
acepedaderieux@aclu.org
bdimmick@aclu.org

Dayton Campbell-Harris*
Ari Savitzky*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
Tel: (212) 284-7334
dcampbell-harris@aclu.org
asavitzky@aclu.org
slakin@aclu.org

Jessica Ring Amunson
JENNER & BLOCK, LLP
1099 New York Avenue, NW Suite 900
Washington, DC 20001
Tel: (202) 639-6000
jamunson@jenner.com

Zachary Dolling (TX Bar No. 24105809)
Nina Oishi (TX Bar No. 24142250)
Sarah Chen (TX Bar No. 24144784)
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
Tel: 512-474-5073
zachary@texascivilrightsproject.org
noishi@texascivilrightsproject.org
schen@texascivilrightsproject.org

Christopher McGreal (TX Bar No. 24051774)
DISABILITY RIGHTS TEXAS
1420 W. Mockingbird Lane, Suite 450
Dallas, TX 75247
Tel: (214) 630-0916
cmgreal@drtx.org

Peter Hofer (TX Bar No. 09777275)
DISABILITY RIGHTS TEXAS
2222 W. Braker Lane
Austin, TX 78758
Tel: (512) 454-4816
phofer@drtx.org

Patrick Stegemoeller*
ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013
Tel: (212) 966-5932
pstegemoeller@aaldef.org

***Attorneys for Plaintiffs***

**OCA-GREATER HOUSTON, LEAGUE OF WOMEN VOTERS OF TEXAS, REVUP–TEXAS, TEXAS ORGANIZING PROJECT, and WORKERS DEFENSE ACTION FUND**

**Admitted pro hac vice*

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta*
Christopher D. Dodge*
ELIAS LAW GROUP LLP
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
Tel: (202) 948-1135
unkwonta@elias.law
cdodge@elias.law

***Attorneys for Plaintiffs***

**LULAC TEXAS, VOTO LATINO, TEXAS ALLIANCE FOR RETIRED AMERICANS, and TEXAS AFT**

**Admitted pro hac vice*

## CERTIFICATE OF CONFERENCE

I certify that on September 28, 2026, I conferred with counsel for the State Defendants, County Defendants and Defendant-Intervenors regarding the relief requested in this motion. No counsel for any party indicated that they oppose this motion.

/s/ *Nina Perales*
Nina Perales

## CERTIFICATE OF SERVICE

I certify that the above document was served via email on the Court's CM/ECF system to all counsel of record on September 29, 2026.

/s/ *Nina Perales*
Nina Perales