**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

LA UNION DEL PUEBLO ENTERO, et al.,

Plaintiffs,

v.

GREGORY W. ABBOTT, et al.,

Defendants.

Case No. 5:21-CV-844-XR
(Consolidated Cases)

**[PROPOSED] ORDER GRANTING CONSOLIDATED PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE PARTIES' DEADLINE TO FILE JOINT ADVISORY**

Pending before the Court is Consolidated Plaintiffs' Unopposed Motion to Extend the Parties' Deadline to File Joint Advisory. Dkt. ______. Upon review of the request, the motion is GRANTED. The deadline is extended until November 13, 2026.

SO ORDERED and SIGNED this _________ day of _______________________ 2026.

_______________________________________
HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE